**BAKER & McKENZIE LLP**
**1114 Avenue of the Americas**
**New York, New York 10036**
**Telephone: (212) 626-4100**
**Ira A. Reid (IR-0113)**

**One Prudential Plaza, Suite 3500**
**130 East Randolph Drive**
**Chicago, Illinois 60601**
**Telephone: (312) 861-8000**
**Carmen H. Lonstein**
**Bruce E. Lithgow**
**Lawrence P. Vonckx**

**Attorneys for Flint Group North America,**
**Day International Inc., Varn International Inc.,**
**Network Distribution International Inc., and**
**Scholastic Inc.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 08-10152 (JMP) |
| | (Jointly Administered) |
| **Quebecor World (USA) Inc.**, *et al.*, | |
| | Chapter 11 |
| Debtors. | |
| | Judge James M. Peck |

**VERIFIED STATEMENT OF BAKER & McKENZIE LLP**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Baker & McKenzie LLP ("Baker & McKenzie"), as attorney for certain creditors and/or parties-in-interest in the chapter 11 cases of Quebecor World (USA) Inc., et al., the above-captioned debtors (the "Debtors"), makes the following statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure.

1. Baker & McKenzie represents the following creditors and/or parties-in-interest: (i) Flint Group North America Corporation ("Flint"); (ii) Day International Inc., Varn International Inc., and Network Distribution International Inc. (collectively, the "Day Entities"); and (iii) Scholastic Inc. ("Scholastic"). The addresses of each of the foregoing entities are:

(a) Flint Group North America Corporation, 14909 N. Beck Road, Plymouth, Michigan 48170-2411;

(b) Day International Inc., 14909 N. Beck Road, Plymouth, Michigan 48170-2411;

(c) Varn International, Inc., 14909 N. Beck Road, Plymouth, Michigan 48170-2411;

(d) Network Distribution International Inc., 14909 N. Beck Road, Plymouth, Michigan 48170-2411; and

(e) Scholastic Inc., 577 Broadway, New York, New York 10012.

2. The Day Entities collectively have unsecured claims against one or more of the Debtors in excess of $1.4 million based upon goods and services sold and/or delivered to one or more of the Debtors prepetition and related reclamation and/or administrative expense claims against one or more of the Debtors, pursuant to sections 546(c), 503(b)(1) and 503(b)(9) of title 11 of the United States Code (the "Bankruptcy Code."). The Day Entities are also continuing to do business with the Debtors and may assert administrative claims in connection therewith.

3. Flint is a party in interest in the Debtors' chapter 11 cases by virtue of having approximately $5.4 million of property on bailment at various facilities owned by certain of the Debtors, and may have claims against the Debtors arising from or related to such property which is held at those facilities pursuant to the terms of a Global Ink Supply Agreement between Flint and Quebecor World S.A., a non-debtor affiliate of the Debtors.

4. Scholastic possesses claims against the Debtors, in an undetermined amount, for performance of all prepetition and postpetition printing and related services owed to Scholastic in connection with its customer agreement with Quebecor World (USA) Inc., including, without limitation, claims relating to customer protections and rebates.

5. Baker & McKenzie renders legal services to one or more of the above-named creditors and/or parties-in-interest on a regular basis in matters preceding and unrelated to the above-captioned chapter 11 cases.

6. Baker & McKenzie has been retained by each of the above-named creditors and/or parties-in-interest to serve as its counsel and represent its interests in the above-captioned chapter 11 cases.

7. Upon information and belief, neither Baker & McKenzie, nor the attorneys listed in the above caption, own or have ever owned, any claim against the Debtors in the above-captioned chapter 11 cases, nor any interest in the Debtors.

I, Carmen H. Lonstein, declare under penalty of perjury that I have read the foregoing and that it is true and correct to the best of my knowledge, information and belief.

Dated: Chicago, Illinois
      February 29, 2008

BAKER & McKENZIE LLP

By: /s/ Carmen H. Lonstein
Carmen H. Lonstein
BAKER & MCKENZIE LLP
One Prudential Plaza, Suite 3500
130 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-8000