# AIR STAMPING, INC.

Precision Parts For The Printing Industry

Three Legend Park  P.O. Box 568
Effingham  IL  62401
Phone:  (217) 342-1283
Fax:  (217) 342-1286
www.airstamping.com

# Invoice

Customer No.: QWC03

Invoice No.:  9084

Bill To:  **Quebecor World-Covington**
4000 Hwy 51 North
Covington, TN  38019

Ship To:  **Quebecor World-Covington**
4000 Hwy 51 North
Covington, TN  38019

(901) 476-0495

| Date | Ship Via | F.O.B. | Terms |
|------|----------|--------|-------|
| 01/03/08 | FED-EX GROUND | Origin | Net 30 |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|-----------------------|------------|--------------|------------------|
| T84248 | 01/02/08 | Gene Williams | 8442 |

| Quantity Required | Quantity Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1.000 | 1.000 | | AS-312690 | RATCHET GEAR-PLATE CYL | $14.74 | $14.74 |
| | | | | L.W.S. & U.G.S. | | |
| 1.000 | 1.000 | | AS-465940 | PLATE RATCHET | $21.58 | $21.58 |

Invoice subtotal $36.32
Discount -$1.82

Invoice total $34.50

Thank You

**EXHIBIT**

tabbies®

B1



FedEx Ground
P.O. Box 108
Pittsburgh, PA 15230-0108

Ground

March 26,2008

Dear Customer:

The following is the proof-of-delivery for tracking number **042332561009656**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Dallas, TX |
| Signed for by: | JRAY | Delivery date: | Jan 9, 2008 09:05 |
| Service type: | Ground-Domestic | | |

J.RAY
#5, 09:05, 15 Del, 0 NonDel

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 042332561009656 | Ship date: | Jan 4, 2008 |
| | | Weight: | 0.6 lbs. |

Recipient:                           Shipper:
DALLAS, TX US                        EFFINGHAM, IL US

Reference                            8442
Purchase order number               T84248
Shipment Id                         8442

Thank you for choosing FedEx Ground.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

# AIR STAMPING, INC.

Precision Parts For The Printing Industry

Three Legend Park  P.O. Box 568
Effingham  IL  62401
Phone:  (217) 342-1283
Fax:  (217) 342-1286
www.airstamping.com

# Invoice

Customer No.: QWJ01

Invoice No.:  9107

Bill To:  **Quebecor World-Jonesboro**
4708 Krueger Dr
Jonesboro, AR  72401

Ship To:  **Quebecor World-Jonesboro**
4708 Krueger Dr
ATTN: DENNIS JONES
Jonesboro, AR  72401

(870) 935-7000

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 01/08/08 | FED-EX GROUND | Origin | Net 30 |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|---|---|---|---|
| 032639 | 01/04/08 | Gene Williams | 8459 |

| Quantity Required | Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 2.000 | 2.000 | | AS-300161 | THREADED BUSHING | $9.24 | $18.48 |

|  |  |
|---|---|
| Invoice subtotal | $18.48 |
| Discount | -$0.92 |
| Invoice total | $17.56 |

Thank You

**EXHIBIT**

tabbies'

B 2





FedEx Ground
P.O. Box 108
Pittsburgh, PA 15230-0108

March 26, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number 042332561009663.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Jonesboro, AR |
| Signed for by: | CCHRIS | Delivery date: | Jan 11, 2008 13:01 |
| Service type: | Ground-Domestic | | |

C.CHRIS
#62 13:01 9 Del 0 NonDel

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 042332561009663 | Ship date: | Jan 9, 2008 |
| | | Weight: | 3.2 lbs. |

Recipient:
JONESBORO, AR US

Shipper:
EFFINGHAM, IL US

8459/8460

Reference
Purchase order number    032639/032659
Shipment Id              8459/8460

Thank you for choosing FedEx Ground.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

# AIR STAMPING, INC.

Precision Parts For The Printing Industry

Three Legend Park  P.O. Box 568
Effingham  IL  62401
Phone:  (217) 342-1283
Fax:  (217) 342-1286
www.airstamping.com

# Invoice

Customer No.: QWJ01
Invoice No.:  9108

Bill To:  **Quebecor World-Jonesboro**
4708 Krueger Dr
Jonesboro, AR  72401

Ship To:  **Quebecor World-Jonesboro**
4708 Krueger Dr
ATTN: DENNIS JONES
Jonesboro, AR  72401

(870) 935-7000

| Date | Ship Via | | F.O.B. | Terms | |
|---|---|---|---|---|---|
| 01/08/08 | FED-EX GROUND | | Origin | Net 30 | |

| Purchase Order Number | | Order Date | Sales Person | Our Order Number | |
|---|---|---|---|---|---|
| 032659 | | 01/04/08 | Gene Williams | 8460 | |

| Quantity | | | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| Required | Shipped | B.O. | | | | |
| 3.000 | 3.000 | | AS-304826 | WATER BRUSH-ADJ.ROD, UPPER | $11.63 | $34.89 |
| 2.000 | 2.000 | | AS-312693 | PLATE CYLINDER RATCHET | $23.20 | $46.40 |
| | | | | L.G.S. & U.W.S. | | |
| 3.000 | 3.000 | | AS-327535 | STUD, ROLL SPINDLE, SHORT | $20.24 | $60.72 |

Invoice subtotal $142.01
Discount -$7.10

Invoice total $134.91

Thank You

**EXHIBIT**
tables*
B 3

**FedEx Ground**

FedEx Ground
P.O. Box 108
Pittsburgh, PA 15230-0108

March 26, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **042332561009663**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Jonesboro, AR |
| Signed for by: | CCHRIS | Delivery date: | Jan 11, 2008 13:01 |
| Service type: | Ground-Domestic | | |

C.CHRIS
#62, 13:01, 9 Del, 0 NonDel

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 042332561009663 | Ship date: | Jan 9, 2008 |
| | | Weight: | 3.2 lbs. |

| | |
|---|---|
| Recipient: | Shipper: |
| JONESBORO, AR US | EFFINGHAM, IL US |

| | |
|---|---|
| Reference | 8459/8460 |
| Purchase order number | 032639/032659 |
| Shipment Id | 8459/8460 |

Thank you for choosing FedEx Ground.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

# AIR STAMPING, INC.

Precision Parts For The Printing Industry

Three Legend Park   P.O. Box 568
Effingham  IL  62401
Phone:  (217) 342-1283
Fax:  (217) 342-1286
www.airstamping.com

# Invoice

Customer No.: QWM02

Invoice No.:  9111

**Bill To:**   **Quebecor World-Merced**
P.O. Box 3139
2201 COOPER AVENUE
Merced, CA  95348

**Ship To:**   **Quebecor World-Merced**
2201 Cooper Ave.
Merced, CA  95348

(209) 384-0444

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 01/08/08 | FED-EX GROUND | Origin | Net 30 |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|---|---|---|---|
| W-212618 | 12/27/07 | Gene Williams | 8428 |

| Required | Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1.000 | 1.000 | | AS-353323 | BEARER WIPER ARM | $75.00 | $75.00 |

| | |
|---|---|
| Invoice subtotal | $75.00 |
| Discount | -$3.75 |
| Invoice total | $71.25 |

Thank You

**EXHIBIT**

tabbies®

B 4

**FedEx** Ground

FedEx Ground
P.O. Box 108
Pittsburgh, PA 15230-0108

March 26,2008

Dear Customer:

The following is the proof-of-delivery for tracking number **042332561009670**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Merced, CA |
| Signed for by: | KWILLIAMS | Delivery date: | Jan 15, 2008 11:06 |
| Service type: | Ground-Domestic | | |

K.WILLIAMS
#8, 11:06, 7 Del, 0 NonDel

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 042332561009670 | Ship date: | Jan 9, 2008 |
| | | Weight: | 1.8 lbs. |

| | | |
|---|---|---|
| Recipient: | Shipper: | |
| MERCED, CA US | EFFINGHAM, IL US | |

| | |
|---|---|
| Reference | 8428 |
| Purchase order number | W-212618 |
| Shipment Id | 8428 |

Thank you for choosing FedEx Ground.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

# AIR STAMPING, INC.

*Precision Parts For The Printing Industry*

Three Legend Park  P.O. Box 568
Effingham  IL  62401
Phone:  (217) 342-1283
Fax:  (217) 342-1286
www.airstamping.com

# Invoice

Customer No.: QWM02
Invoice No.:  9114

**Bill To:** **Quebecor World-Merced**
P.O. Box 3139
2201 COOPER AVENUE
Merced, CA  95348

**Ship To:** **Quebecor World-Merced**
2201 Cooper Ave.
Merced, CA  95348

(209) 384-0444

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 01/08/08 | FREIGHT | Origin | Net 30 |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|---|---|---|---|
| W-211020 | 01/03/08 | Gene Williams | 8128 |

| Required | Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 2 | 2 | | 353264 | | $0.00 | $0.00 |
| | | | | BLANKET CYLINDER | | |
| | | | | JOB # 07-5503-0 | | |
| | | | | SERIAL # 6142 | | |
| 4.000 | 4.000 | | AS-356 | RETAINING RING (E-CLIP) | $0.20 | $0.80 |
| 2.000 | 2.000 | | AS-357 | STEEL SPACER-ZINC PLATED | $0.77 | $1.54 |
| 5.000 | 5.000 | | AS-358 | STEEL SPACER-BLACK | $1.26 | $6.30 |
| 2.000 | 2.000 | | AS-300988 | CYL BEARING- GS/WS | $588.17 | $1,176.34 |
| 2.000 | 2.000 | | AS-301510 | REEL ROD LEVER (BLANKET) | $22.05 | $44.10 |
| 2.000 | 2.000 | | AS-301511 | REEL ROD LEVER (BLANKET) | $22.05 | $44.10 |
| 2.000 | 2.000 | | AS-301518 | SPACER, BEARING | $25.45 | $50.90 |
| 2.000 | 2.000 | | AS-301520-AB | REEL ROD, BLKT, SLOT.180 | $455.00 | $910.00 |
| 4.000 | 4.000 | | AS-329299 | ROD ADJUSTING SCREW | $21.35 | $85.40 |
| 4.000 | 4.000 | | AS-335878 | BLANKET LOCK UP STUD | $5.20 | $20.80 |
| 2.000 | 2.000 | | AS-379895 | REEL ROD  RATCHET (BLANKET) | $15.95 | $31.90 |
| 2.000 | 2.000 | | AS-379896 | REEL ROD RATCHET  (BLANKET) | $15.95 | $31.90 |
| 2.000 | 2.000 | | AS-381901-B | REEL ROD STUD W.S. (BLANKET) | $32.78 | $65.56 |
| 2.000 | 2.000 | | AS-381901-C | REEL ROD STUD G.S. (BLANKET) | $32.78 | $65.56 |
| 2.000 | 2.000 | | AS-458749 | BEARER,BLKT.CYL.PRS ON 22 3/ | $856.00 | $1,712.00 |
| | | | | METALIZING | | $4,170.00 |

| | | |
|---|---|---|
| Invoice subtotal | | $8,417.20 |
| Discount | | -$212.36 |
| Freight charges | | $273.00 |
| Invoice total | | $8,477.84 |

Thank You

**EXHIBIT**

tabbies®

B5

Mar 26 2008   2008-343-4415

Invoices 9114 & 9115

| Bill of Lading - Short Form - Not Negotiable | BOL Number: IN3317MER |
|---|---|

**Ship From**

ST LOUIS METALIZING
4120 Clayton Ave
Saint Louis, MO 63110-1718 USA

JOHN: 314-531-5253 Fax:314-531-4706

Carrier: Yellow Transportation

PRO Number:

Pick Up Date: 01/02/2008

Due Date: 01/08/2008

**Ship To**

Quebecor World - Merced
2201 Cooper Ave
Merced, CA 95348-4307 USA

**References**

BOL : IN3317MER
QWE Control : INB
PO Number : W211020

**Freight Charges Third Party Billing Prepaid to:**

QWE LOGISTICS
1000 REMINGTON BLVD STE 300
BOLINGBROOK, IL 60440 USA

YELLOW   SHIPPER'S COPY
710        STL 001 264585 9

www.myyellow.com   SINGLE SHIPMENT
1-800-510-5500
This shipment is bound by the terms and conditions of the Uniform Straight Bill
of Lading furnished in the NMFC 100 series.

**Special Instructions:**

*****PLEASE DO NOT DOUBLE STACK CRATES*****

Questions or Issues with shipment, call QWE at 877-536-5526

**Freight Terms:**

Third Party PPD: _X_

| Qty | Type | Weight | HM (X) | NMFC | Item Description | LTL Class |
|---|---|---|---|---|---|---|
| | | | | | | 85.0 |
| 2 | CRATE | 2600 | | 133390-04 | PRINTING CYLINDER | |
| | | | | | SLM JOB#07-5503/0,71 | |
| | | | | | | |
| | | | | | | |
| 2 | | 2600 | | | GRAND TOTAL: 2600 (lbs) | |

COD Amount: $ _____

Fee Terms: Collect __, Prepaid __, Check Acceptable __

Where the rate is dependent on value, shippers are required to state specifically in writing the
agreed or declared value of the property as follows: The agreed or declared value of the property
is specifically stated by the shipper to be not exceeding _____ per _____.

Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 USC 14706(c)(1)(A) and (B).

| | Trailer Loaded: | Freight Counted: |
|---|---|---|
| Received, subject to the agreement between the Carrier and QWE Logistics (aka QW Express) in effect on the date of shipment. Carrier agrees that QWE Logistics is the sole payor of the corresponding freight bill. This Bill Of Lading is not subject to any tariffs or classifications, whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by QWE Logistics and Carrier. | __ By Shipper    __ By Driver | __ By Shipper    __ By Driver |

Shipper Signature/Date
This is to certify that the above named materials are properly classified,
packaged, marked and labeled, and are in proper condition for
transportation according to the applicable regulations of the DOT.

Carrier Signature/Pickup Date:
Carrier acknowledges receipt of packages and required placards. Carrier
certifies emergency response information was made available and/or
carrier has the DOT emergency response guidebook or equivalent
documentation in the vehicle. Property described above is received in
good order except as noted.

Shipper: JOHN MCCARTHY    Date: 01/02/08

Carrier: _____    Date: _____

2 CVARS   1/2/08

# AIR STAMPING, INC.

Precision Parts For The Printing Industry

Three Legend Park  P.O. Box 568
Effingham  IL  62401
Phone:  (217) 342-1283
Fax:  (217) 342-1286
www.airstamping.com

# Invoice

Customer No.: QWM02
Invoice No.: 9115

**Bill To:  Quebecor World-Merced**
P.O. Box 3139
2201 COOPER AVENUE
Merced, CA  95348

**Ship To:  Quebecor World-Merced**
2201 Cooper Ave.
Merced, CA  95348

(209) 384-0444

| Date | Ship Via | F.O.B. | Terms |
|------|----------|--------|-------|
| 01/08/08 | FREIGHT | Origin | Net 30 |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|------|------|------|------|
| W-211020 | 01/03/08 | Gene Williams | 8447 |

| Quantity Required | Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|------|------|------|------|------|------|------|
| | | | | 353264 | | |
| | | | | BLANKET CYLINDER | | |
| | | | | JOB # 07-5503-1 | | |
| | | | | SERIAL # C-2551 | | |
| 4.000 | 4.000 | | AS-356 | RETAINING RING (E-CLIP) | $0.20 | $0.80 |
| 6.000 | 6.000 | | AS-357 | STEEL SPACER-ZINC PLATED | $0.77 | $4.62 |
| 2.000 | 2.000 | | AS-358 | STEEL SPACER-BLACK | $1.26 | $2.52 |
| 2.000 | 2.000 | | AS-300988 | CYL BEARING- GS/WS | $588.17 | $1,176.34 |
| 2.000 | 2.000 | | AS-301510 | REEL ROD LEVER (BLANKET) | $22.05 | $44.10 |
| 2.000 | 2.000 | | AS-301511 | REEL ROD LEVER (BLANKET) | $22.05 | $44.10 |
| 2.000 | 2.000 | | AS-301518 | SPACER, BEARING | $25.45 | $50.90 |
| 2.000 | 2.000 | | AS-301520-AB | REEL ROD, BLKT, SLOT.180 | $455.00 | $910.00 |
| 4.000 | 4.000 | | AS-329299 | ROD ADJUSTING SCREW | $21.35 | $85.40 |
| 4.000 | 4.000 | | AS-335878 | BLANKET LOCK UP STUD | $5.20 | $20.80 |
| 2.000 | 2.000 | | AS-379895 | REEL ROD RATCHET (BLANKET) | $15.95 | $31.90 |
| 2.000 | 2.000 | | AS-379896 | REEL ROD RATCHET (BLANKET) | $15.95 | $31.90 |
| 2.000 | 2.000 | | AS-381901-B | REEL ROD STUD W.S. (BLANKET) | $32.78 | $65.56 |
| 2.000 | 2.000 | | AS-381901-C | REEL ROD STUD G.S. (BLANKET) | $32.78 | $65.56 |
| 2.000 | 2.000 | | AS-458749 | BEARER,BLKT.CYL.PRS ON 22 3/ | $856.00 | $1,712.00 |
| | | | | METALIZING | | $3,495.00 |

Invoice subtotal    $7,741.50
Discount           -$212.33
Freight charges     $273.00

Invoice total       $7,802.17

## Thank You

EXHIBIT
tables*
B 6

Invoices 9114 & 9115

| Bill of Lading - Short Form - Not Negotiable | BOL Number: IN3317MER |
|---|---|

**Ship From**

ST LOUIS METALIZING
4120 Clayton Ave
Saint Louis, MO 63110-1718 USA

JOHN: 314-531-5253 Fax:314-531-4706

Carrier: Yellow Transportation
PRO Number:

Pick Up Date: 01/02/2008

Due Date: 01/08/2008

**Ship To**

Quebecor World - Merced
2201 Cooper Ave
Merced, CA 95348-4307 USA

**References**

BOL : IN3317MER
QWE Control : INB
PO Number : W211020

**Freight Charges Third Party Billing Prepaid to:**

QWE LOGISTICS
1000 REMINGTON BLVD STE 300
BOLINGBROOK, IL 60440 USA

[YELLOW]  SHIPPER'S COPY
710  STL 001 264585 9
www.myyellow.com  SINGLE SHIPMENT
1-800-610-6500

**Special Instructions:**

**Freight Terms:**

Third Party PPD: _X_

*****PLEASE DO NOT DOUBLE STACK CRATES*****

Questions or Issues with shipment, call QWE at 877-536-5526

| Qty | Type | Weight | HM (X) | NMFC | Item Description | LTL Class |
|---|---|---|---|---|---|---|
| | | | | | | 85.0 |
| 2 | CRATE | 2600 | | 133390-04 | PRINTING CYLINDER | |
| | | | | | SLM JOB#07-5503/0,/1 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 2 | | 2600 | | | **GRAND TOTAL: 2600 (lbs)** | |

When the rate is dependent on value, shippers are required to state specifically in writing the
agreed or declared value of the property as follows: The agreed or declared value of the property
is specifically stated by the shipper to be not exceeding _____ per _____.

COD Amount: $ _____

Fee Terms: Collect __, Prepaid __, Check Acceptable __

Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 USC 14706(c)(1)(A) and (B).

Received, subject to the agreement between the Carrier and QWE
Logistics (aka QW Express) in effect on the date of shipment. Carrier
agrees that QWE Logistics is the sole payor of the corresponding freight
bill. This Bill Of Lading is not subject to any tariffs or classifications, whether
individually determined or filed with any federal or state regulatory agency,
except as specifically agreed to in writing by QWE Logistics and Carrier.

**Trailer Loaded:**

__ By Shipper

__ By Driver

**Freight Counted:**

__ By Shipper

__ By Driver

**Shipper Signature/Date**

This is to certify that the above named materials are properly classified,
packaged, marked and labeled, and are in proper condition for
transportation according to the applicable regulations of the DOT.

Carrier Signature/Pickup Date:

Carrier acknowledges receipt of packages and required placards. Carrier
certifies emergency response information was made available and/or
carrier has the DOT emergency response guidebook or equivalent
documentation in the vehicle. Property described above is received in
good order except as noted.

Shipper: JOHN MCCARTHY    Date: 01/02/08

Carrier: _____ Date: _____

2 CVARS   1/2/08

# AIR STAMPING, INC.

Precision Parts For The Printing Industry

Three Legend Park  P.O. Box 568
Effingham  IL  62401
Phone:  (217) 342-1283
Fax:  (217) 342-1286
www.airstamping.com

# Invoice

Customer No.: QWL03

Invoice No.:  9117

Bill To:  **Quebecor World-Cincinnati**
760 Fujitc Dr
Lebanon, OH  45036

Ship To:  **Quebecor World-Cincinnati**
760 Fujitc Dr
Lebanon, OH  45036

(513) 932-1064

| Date | Ship Via | F.O.B. | Terms |
|------|----------|--------|-------|
| 01/09/08 | FED-EX GROUND | Origin | Net 30 |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|-----------------------|-----------|--------------|------------------|
| MM9869-0 | 01/07/08 | Troy Ramey | 8467 |

| Required | Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|----------|---------|------|-------------|-------------|-----------|--------|
| 1.000 | 1.000 | | AS-491601 | CAM, DUCTOR | $164.24 | $164.24 |
| 2.000 | 2.000 | | AS-300061 | CROSS PIN | $2.24 | $4.48 |
| 2.000 | 2.000 | | AS-283127 | SPRING-ROLL SPINDLE | $0.48 | $0.96 |

|  |  |
|--|--|
| Invoice subtotal | $169.68 |
| Discount | -$8.48 |
| Invoice total | $161.20 |

Thank You

EXHIBIT

tabbies®

B 7



FedEx Ground
P.O. Box 108
Pittsburgh, PA 15230-0108

March 26, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **042332561009687**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Lebanon, OH |
| Signed for by: | THUDGEL | Delivery date: | Jan 11, 2008 09:47 |
| Service type: | Ground-Domestic | | |



T. HUDGEL
#15, 09:47, 12 Del, 0 NonDel

---

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 042332561009687 | Ship date: | Jan 9, 2008 |
| | | Weight: | 4.3 lbs. |

| | |
|---|---|
| Recipient: | Shipper: |
| LEBANON, OH US | EFFINGHAM, IL US |

| | |
|---|---|
| Reference | 8467 |
| Purchase order number | MM9869-0 |
| Shipment Id | 8467 |

Thank you for choosing FedEx Ground.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

# AIR STAMPING, INC.

Precision Parts For The Printing Industry

Three Legend Park  P.O. Box 568
Effingham  IL  62401
Phone:  (217) 342-1283
Fax:  (217) 342-1286
www.airstamping.com

# Invoice

Customer No.: QWD02

Invoice No.:  9118

Bill To:  **Quebecor World-Dyersburg**
P.O. Box 1406
2030 Sylvan Road
Dyersburg, TN  38025

Ship To:  **Quebecor World-Dyersburg**
P.O. Box 1406
2030 Sylvan Road
Dyersburg, TN  38025

(731) 286-5552

| Date | Ship Via | | F.O.B. | | Terms | |
|------|----------|--|--------|--|-------|--|
| 01/09/08 | FED-EX GROUND | | Origin | | Net 30 | |

| Purchase Order Number | Order Date | Sales Person | | Our Order Number | |
|-----------------------|------------|--------------|--|------------------|--|
| D160964 | 01/07/08 | Gene Williams | | 8471 | |

| Quantity Required | Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|-------------------|---------|------|-------------|-------------|------------|--------|
| 1.000 | 1.000 | | AS-301510 | REEL ROD LEVER (BLANKET) | $22.05 | $22.05 |
| 1.000 | 1.000 | | AS-301511 | REEL ROD LEVER (BLANKET) | $22.05 | $22.05 |
| 10.000 | 10.000 | | AS-303126 | SPRING | $1.26 | $12.60 |

|  |  |
|--|--|
| Invoice subtotal | $56.70 |
| Discount | -$2.84 |
| Invoice total | $53.86 |

Thank You

EXHIBIT
B 8



FedEx Ground
P.O. Box 108
Pittsburgh, PA 15230-0108

March 26, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **042332561009694**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Dyersburg, TN |
| Signed for by: | MCROSSER | Delivery date: | Jan 11, 2008 09:13 |
| Service type: | Ground-Domestic | | |

M.CROSSER
#3, 09:13, 31 Del, 0 NonDel

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 042332561009694 | Ship date: | Jan 9, 2008 |
| | | Weight: | 1.2 lbs. |

| | |
|---|---|
| Recipient: | Shipper: |
| DYERSBURG, TN US | EFFINGHAM, IL US |

| | |
|---|---|
| Reference | 8474 |
| Purchase order number | D160964 |
| Shipment Id | 8474 |

Thank you for choosing FedEx Ground.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

# AIR STAMPING, INC.

Precision Parts For The Printing Industry

Three Legend Park   P.O. Box 568
Effingham  IL   62401
Phone:  (217) 342-1283
Fax:  (217) 342-1286
www.airstamping.com

# Invoice

Customer No.: QWD01

Invoice No.:  9119

**Bill To:**  **Quebecor World-Dallas**
4800 SPRING VALLEY ROAD
Dallas, TX  75244

**Ship To:**  **Quebecor World-Dallas**
4800 SPRING VALLEY ROAD
Dallas, TX  75244

(972) 233-3400

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 01/09/08 | FED-EX GROUND | Origin | Net 30 |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|---|---|---|---|
| 026061 | 01/08/08 | Gene Williams | 8476 |

| Required | Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 8.000 | 8.000 | | AS-312690 | RATCHET GEAR-PLATE CYL | $14.74 | $117.92 |
| | | | | L.W.S. & U.G.S. | | |

| | |
|---|---|
| Invoice subtotal | $117.92 |
| Discount | -$5.90 |
| Invoice total | $112.02 |

Thank You

**EXHIBIT**

B9

**FedEx**
Ground

FedEx Ground
P.O. Box 108
Pittsburgh, PA 15230-0108

March 26, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **042332561009700**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Dallas, TX |
| Signed for by: | JRAY | Delivery date: | Jan 14, 2008 07:59 |
| Service type: | Ground-Domestic | | |



J.RAY
#8, 07:59, 30 Del, 0 NonDel

---

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 042332561009700 | Ship date: | Jan 9, 2008 |
| | | Weight: | 2.6 lbs. |

| | | |
|---|---|---|
| Recipient: | | Shipper: |
| DALLAS, TX US | | EFFINGHAM, IL US |

| | |
|---|---|
| Reference | 8476 |
| Purchase order number | 026061 |
| Shipment Id | 8476 |

Thank you for choosing FedEx Ground.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

# AIR STAMPING, INC.

Precision Parts For The Printing Industry

Three Legend Park  P.O. Box 568
Effingham  IL  62401
Phone: (217) 342-1283
Fax:  (217) 342-1286
www.airstamping.com

# Invoice

Customer No.: QWL03

Invoice No.:  9122

Bill To:  **Quebecor World-Cincinnati**
760 Fujitc Dr
Lebanon, OH  45036

Ship To:  **Quebecor World-Cincinnati**
760 Fujitc Dr
Lebanon, OH  45036

(513) 932-1064

| Date | Ship Via | | F.O.B. | | Terms | |
|---|---|---|---|---|---|---|
| 01/09/08 | FED-EX GROUND | | Origin | | Net 30 | |

| Purchase Order Number | Order Date | Sales Person | | Our Order Number | |
|---|---|---|---|---|---|
| MM9868-0 | 01/08/08 | Troy Ramey | | 8477 | |

| Quantity Required | Quantity Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1.000 | 1.000 | | AS-491601 | CAM, DUCTOR | $164.24 | $164.24 |
| 2.000 | 2.000 | | AS-300061 | CROSS PIN | $2.24 | $4.48 |
| 2.000 | 2.000 | | AS-283127 | SPRING-ROLL SPINDLE | $0.48 | $0.96 |
| | | | | Invoice subtotal | | $169.68 |
| | | | | Discount | | -$8.48 |
| | | | | Invoice total | | $161.20 |

Thank You

EXHIBIT

B/0



FedEx Ground
P.O. Box 108
Pittsburgh, PA 15230-0108

March 26,2008

Dear Customer:

The following is the proof-of-delivery for tracking number **042332561009717**.

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Lebanon, OH |
| Signed for by: | THUDGEL | Delivery date: | Jan 14, 2008 10:04 |
| Service type: | Ground-Domestic | | |



T.HUDGEL
#22, 10:04, 30 Del, 0 NonDel

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 042332561009717 | Ship date: | Jan 10, 2008 |
| | | Weight: | 4.4 lbs. |

Recipient:                             Shipper:
LEBANON, OH US                         EFFINGHAM, IL US

| | |
|---|---|
| Reference | 8477 |
| Purchase order number | MM9868-0 |
| Shipment id | 8477 |

Thank you for choosing FedEx Ground.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

# AIR STAMPING, INC.

Precision Parts For The Printing Industry

Three Legend Park  P.O. Box 568
Effingham  IL  62401
Phone:  (217) 342-1283
Fax:  (217) 342-1286
www.airstamping.com

# Invoice

Customer No.: QWJ01

Invoice No.:  9126

**Bill To:**  **Quebecor World-Jonesboro**
4708 Krueger Dr
Jonesboro, AR  72401

**Ship To:**  **Quebecor World-Jonesboro**
4708 Krueger Dr
ATTN: DENNIS JONES
Jonesboro, AR  72401

(870) 935-7000

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 01/09/08 | UPS COLLECT | Origin | Net 30 |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|---|---|---|---|
| 032678 | 01/08/08 | Gene Williams | 8485 |

| Quantity Required | Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 2.000 | 2.000 | | AS-312690 | RATCHET GEAR-PLATE CYL | $14.74 | $29.48 |
| | | | | L.W.S. & U.G.S. | | |

| | |
|---|---|
| Invoice subtotal | $29.48 |
| Discount | -$1.47 |
| Invoice total | $28.01 |

Thank You

EXHIBIT
B 11
tabbies

 Close Window



## Tracking Summary

Tracking Numbers

| | |
|---|---|
| **Tracking Number:** | 1Z E59 842 03 4312 614 8 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 01/14/2008 |
| | 9:35 A.M. |
| Delivered To: | JONESBORO, AR, US |
| Signed By: | PEPI |
| Service: | GROUND |

| | |
|---|---|
| **Tracking Number:** | 1Z E59 842 03 4197 703 6 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 01/21/2008 |
| | 11:47 A.M. |
| Delivered To: | OLIVE BRANCH, MS, US |
| Signed By: | JOHNSON |
| Service: | GROUND |

| | |
|---|---|
| **Tracking Number:** | 1Z E59 842 01 4256 498 4 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 01/16/2008 |
| | 9:05 A.M. |
| Delivered To: | JONESBORO, AR, US |
| Signed By: | THOMPSON |
| Service: | NEXT DAY AIR |

Tracking results provided by UPS:  03/26/2008 12:43 P.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

Close Window

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.

# AIR STAMPING, INC.

Precision Parts For The Printing Industry

Three Legend Park  P.O. Box 568
Effingham  IL  62401
Phone:  (217) 342-1283
Fax:  (217) 342-1286
www.airstamping.com

# Invoice

Customer No.: QWE03

Invoice No.:  9127

Bill To:  **Quebecor World-Effingham**
420 West Industrial Ave
Effingham, IL  62401-2834

Ship To:  **QUEBECOR WORLD-EFFINGHAM**
1200 NICCUM AVE.
EFFINGHAM, IL  62401

(217) 347-7721

| Date | Ship Via | | F.O.B. | | Terms | |
|------|----------|---|--------|---|-------|---|
| 01/09/08 | FED-EX GROUND | | Origin | | Net 30 | |

| Purchase Order Number | Order Date | Sales Person | | Our Order Number | |
|-----------------------|-----------|--------------|---|------------------|---|
| 027950 | 01/08/08 | Troy Ramey | | 8487 | |

| Quantity Required | Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|----------|---------|------|-------------|-------------|-----------|--------|
| 1.000 | 1.000 | | AS-358108 | HARMONIC DRIVE ASSY-PLATE CY | $730.27 | $730.27 |
| 2.000 | 2.000 | | AS-461601 | WATER UNION TUBE 90 DEGREE | $42.49 | $84.98 |

Invoice subtotal $815.25
Discount -$40.76

Invoice total $774.49

Thank You

EXHIBIT
B 12



**Ground**

FedEx Ground
P.O. Box 108
Pittsburgh, PA 15230-0108

March 26,2008

Dear Customer:

The following is the proof-of-delivery for tracking number **042332561009731**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Effingham, IL |
| Signed for by: | ETHOELE | Delivery date: | Jan 11, 2008 09:00 |
| Service type: | Ground-Direct Signature Required-Domestic | | |

E.THOELE
#270, 09:00, 7 Del, 0 NonDel

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 042332561009731 | Ship date: | Jan 10, 2008 |
| | | Weight: | 6.4 lbs. |

| | | |
|---|---|---|
| Recipient: | | Shipper: |
| EFFINGHAM, IL US | | EFFINGHAM, IL US |

| | |
|---|---|
| Reference | |
| Purchase order number | 8487 |
| Shipment Id | 027950 |
| | 8487 |

Thank you for choosing FedEx Ground.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

# AIR STAMPING, INC.

Precision Parts For The Printing Industry

Three Legend Park  P.O. Box 568
Effingham  IL  62401
Phone:  (217) 342-1283
Fax:  (217) 342-1286
www.airstamping.com

# Invoice

Customer No.: QWC02

Invoice No.:  9139

Bill To:  **Quebecor World-Corinth**
2787 South Harper Rd
Corinth, MS  38834

Ship To:  **Quebecor World-Corinth**
ATTN:  PARTS ROOM
2787 South Harper Rd
Corinth, MS  38834

(662) 287-3744

| Date | Ship Via | | F.O.B. | | Terms | |
|------|----------|--|--------|--|-------|--|
| 01/11/08 | UPS | | Origin | | Net 30 | |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|-----------------------|-----------|--------------|------------------|
| 048228 | 12/26/07 | Gene Williams | 8426 |

| Quantity | | | Item Number | Description | Unit Price | Amount |
|----------|---------|------|-------------|-------------|-----------|--------|
| Required | Shipped | B.O. | | | | |
| 1.000 | 1.000 | | AS-482714 | METER ROLL GEAR | $49.32 | $49.32 |

|  |  |
|--|--|
| Invoice subtotal | $49.32 |
| Discount | -$2.47 |
| Invoice total | $46.85 |

Thank You



EXHIBIT

B 13



FedEx Ground
P.O. Box 108
Pittsburgh, PA 15230-0108

March 26,2008

Dear Customer:

The following is the proof-of-delivery for tracking number **042332561009755**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Corinth, MS |
| Signed for by: | APARSONS | Delivery date: | Jan 16, 2008 09:58 |
| Service type: | Ground-Domestic | | |

A.PARSONS
#8, 09:58, 17 Del, 0 NonDel

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 042332561009755 | Ship date: | Jan 14, 2008 |
| | | Weight: | 0.4 lbs. |

| | |
|---|---|
| Recipient: | Shipper: |
| CORINTH, MS US | EFFINGHAM, IL US |

| | |
|---|---|
| Reference | 8426 |
| Purchase order number | 048228 |
| Shipment Id | 8426 |

Thank you for choosing FedEx Ground.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

# AIR STAMPING, INC.

Precision Parts For The Printing Industry

Three Legend Park  P.O. Box 568
Effingham  IL  62401
Phone:  (217) 342-1283
Fax:  (217) 342-1286
www.airstamping.com

# Invoice

Customer No.: QWN03
Invoice No.:  9144

Bill To:  **Quebecor World-North Haven**
291 State Street
North Haven, CT  6473

Ship To:  **Quebecor World-North Haven**
291 State Street
North Haven, CT  6473

(203) 288-2468

| Date | Ship Via | | F.O.B. | | Terms | |
|---|---|---|---|---|---|---|
| 01/11/08 | FED-EX PRIORITY | | Origin | | Net 30 | |

| Purchase Order Number | | Order Date | Sales Person | | Our Order Number | |
|---|---|---|---|---|---|---|
| CS610643 | | 01/11/08 | John Hobby | | 8501 | |

| Quantity | | | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| Required | Shipped | B.O. | | | | |
| 50.000 | 50.000 | | AS-380 | SOCKET HD CAP SCR-CHROME | $3.71 | $185.50 |
| 50.000 | 50.000 | | AS-381 | PLATE CYLINDER SPRING | $8.30 | $415.00 |

Invoice subtotal $600.50
Discount -$30.03

Invoice total $570.47

Thank You

**EXHIBIT**
tabbies®
B 14



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

March 26, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **711039680570**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | NORTH HAVEN, CT |
| Signed for by: | H.GUDE | Delivery date: | Jan 14, 2008 08:27 |
| Service type: | Standard Overnight | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 711039680570 | Ship date: | Jan 11, 2008 |
| | | Weight: | 12.0 lbs. |

Recipient:
NORTH HAVEN, CT US

Shipper:
EFFINGHAM, IL US

Reference
Purchase order number

8501
CS610643

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

# AIR STAMPING, INC.

Three Legend Park  P.O. Box 568
Effingham  IL  62401
Phone:  (217) 342-1283
Fax:  (217) 342-1286
www.airstamping.com

Precision Parts For The Printing Industry

# Invoice

Customer No.: QWC03

Invoice No.:  9146

Bill To:  **Quebecor World-Covington**
4000 Hwy 51 North
Covington, TN  38019

Ship To:  **Quebecor World-Covington**
4000 Hwy 51 North
Covington, TN  38019

(901) 476-0495

| Date | Ship Via | F.O.B. | Terms |
|------|----------|--------|-------|
| 01/11/08 | FED-EX GROUND | Origin | Net 30 |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|------|------|------|------|
| T84297 | 01/10/08 | Gene Williams | 8493 |

| Required | Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|------|------|------|------|------|------|------|
| 1.000 | 1.000 | | AS-465940 | PLATE RATCHET | $21.58 | $21.58 |

|  |  |
|------|------|
| Invoice subtotal | $21.58 |
| Discount | -$1.08 |
| Invoice total | $20.50 |

Thank You

**EXHIBIT**

tabbies®

B15



FedEx Ground
P.O. Box 108
Pittsburgh, PA 15230-0108

March 26,2008

Dear Customer:

The following is the proof-of-delivery for tracking number **042332561009762**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Covington, TN |
| Signed for by: | SCOBB | Delivery date: | Jan 16, 2008 14:19 |
| Service type: | Ground-Domestic | | |



S.COBB
#55, 14:19, 3 Del, 0 NonDel

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 042332561009762 | Ship date: | Jan 14, 2008 |
| | | Weight: | 0.4 lbs. |

| | | |
|---|---|---|
| Recipient: | | Shipper: |
| COVINGTON, TN US | | EFFINGHAM, IL US |
| Reference | | 8493 |
| Purchase order number | | T84297 |
| Shipment Id | | 8493 |

Thank you for choosing FedEx Ground.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

# AIR STAMPING, INC.

Precision Parts For The Printing Industry

Three Legend Park  P.O. Box 568
Effingham  IL   62401
Phone:  (217) 342-1283
Fax:  (217) 342-1286
www.airstamping.com

# Invoice

Customer No.: QWC04

Invoice No.:   9165

Bill To:  **Quebecor World-Clarksville**
451 International Blvd
Attn:  Accounts Payable
Clarksville, TN  37040

Ship To:  **Quebecor World-Clarksville**
Attn: Wheeler Cato
451 International Blvd
Clarksville, TN  37040

(931) 553-4400

| Date | Ship Via | | F.O.B. | Terms | |
|---|---|---|---|---|---|
| 01/15/08 | FED-EX GROUND | | Origin | Net 30 | |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|---|---|---|---|
| 063342 | 01/10/08 | Gene Williams | 8496 |

| Quantity Required | Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 24.000 | 24.000 | | AS-381902 | BLANKET RATCHET STOP PIN | $3.04 | $72.96 |

|  |  |
|---|---|
| Invoice subtotal | $72.96 |
| Discount | -$3.65 |
| Invoice total | $69.31 |

Thank You



EXHIBIT

B 16

**FedEx**
Ground

FedEx Ground
P.O. Box 108
Pittsburgh, PA 15230-0108

March 26, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **042332561009779**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Clarksville, TN |
| Signed for by: | LWAGGONER | Delivery date: | Jan 17, 2008 10:10 |
| Service type: | Ground-Domestic | | |

L.WAGGONER
#3, 10:10, 30 Del, 0 NonDel

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 042332561009779 | Ship date: | Jan 15, 2008 |
| | | Weight: | 1.1 lbs. |

| | | |
|---|---|---|
| Recipient: | | Shipper: |
| CLARKSVILLE, TN US | | EFFINGHAM, IL US |
| | | |
| Reference | | 8496 |
| Purchase order number | | 063342 |
| Shipment Id | | 8496 |

Thank you for choosing FedEx Ground.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

# AIR STAMPING, INC.

Precision Parts For The Printing Industry

Three Legend Park  P.O. Box 568
Effingham  IL   62401
Phone:  (217) 342-1283
Fax:  (217) 342-1286
www.airstamping.com

# Invoice

Customer No.: QWC03

Invoice No.:  9169

Bill To:  **Quebecor World-Covington**
4000 Hwy 51 North
Covington, TN  38019

Ship To:  **Quebecor World-Covington**
4000 Hwy 51 North
Covington, TN  38019

(901) 476-0495

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 01/15/08 | FED-EX GROUND | Origin | Net 30 |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|---|---|---|---|
| T84309 | 01/15/08 | Gene Williams | 8517 |

| Quantity Required | Quantity Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 2.000 | 2.000 | | AS-482714 | METER ROLL GEAR | $49.32 | $98.64 |

|  |  |
|---|---|
| Invoice subtotal | $98.64 |
| Discount | -$4.93 |
| Invoice total | $93.71 |

Thank You

EXHIBIT

tabbies®

B 17



FedEx Ground
P.O. Box 108
Pittsburgh, PA 15230-0108

March 26,2008

Dear Customer:

The following is the proof-of-delivery for tracking number **042332561009786**.

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Covington, TN |
| Signed for by: | SCOBB | Delivery date: | Jan 17, 2008 14:47 |
| Service type: | Ground-Domestic | | |

S.COBB
#55, 14:47, 12 Del, 0 NonDel

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 042332561009786 | Ship date: | Jan 15, 2008 |
| | | Weight: | 0.6 lbs. |

Recipient:
COVINGTON, TN US

Shipper:
EFFINGHAM, IL US

Reference
Purchase order number
Shipment Id

8517
T84309
8517

Thank you for choosing FedEx Ground.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

# AIR STAMPING, INC.

Precision Parts For The Printing Industry

Three Legend Park  P.O. Box 568
Effingham  IL  62401
Phone:  (217) 342-1283
Fax:  (217) 342-1286
www.airstamping.com

# Invoice

Customer No.: QWH01

Invoice No.:  9171

Bill To:  **Quebecor World - Hazleton**
Humboldt Industrial Park
Hazleton, PA  18201

Ship To:  **Quebecor World - Hazleton**
Humboldt Industrial Park
Hazleton, PA  18201

(570) 459-5700

| Date | Ship Via | | F.O.B. | | Terms | |
|------|----------|--|--------|--|-------|--|
| 01/15/08 | UPS TODAY | | Origin | | Net 30 | |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|-----------------------|------------|--------------|------------------|
| 025272 | 01/15/08 | John Hobby | 8519 |

| Quantity | | | Item Number | Description | Unit Price | Amount |
|----------|--|--|-------------|-------------|------------|--------|
| Required | Shipped | B.O. | | | | |
| 25.000 | 25.000 | | AS-396882 | TELECOLOR ACTUATOR REBUILT | $85.00 | $2,125.00 |
| | | | | (EXCHANGE PRICE $85.00) | | |

| | |
|--|--|
| Invoice subtotal | $2,125.00 |
| Discount | -$106.25 |
| Freight charges | $36.18 |
| Invoice total | $2,054.93 |

Thank You

**EXHIBIT**

tabbies

B 18

Close Window



# Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z E59 842 03 4190 496 2 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 01/17/2008 |
| | 9:03 A.M. |
| Delivered To: | HAZLETON, PA, US |
| Signed By: | KATHY |
| Service: | GROUND |

Tracking results provided by UPS: 03/26/2008 12:50 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

Close Window

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.

# AIR STAMPING, INC.

Precision Parts For The Printing Industry

Three Legend Park   P.O. Box 568
Effingham   IL   62401
Phone:  (217) 342-1283
Fax:  (217) 342-1286
www.airstamping.com

# Invoice

Customer No.: QWJ01

Invoice No.:  9174

**Bill To:** **Quebecor World-Jonesboro**
4708 Krueger Dr
Jonesboro, AR  72401

**Ship To:** **Quebecor World-Jonesboro**
4708 Krueger Dr
ATTN: DENNIS JONES
Jonesboro, AR  72401

(870) 935-7000

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 01/15/08 | UPS RED | Origin | Net 30 |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|---|---|---|---|
| 032704 | 01/15/08 | Gene Williams | 8524 |

| Required | Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 12.000 | 12.000 | | AS-300060 | SPINDLE, SHORT | $5.63 | $67.56 |
| 6.000 | 6.000 | | AS-300061 | CROSS PIN | $2.24 | $13.44 |
| 4.000 | 4.000 | | AS-300982 | PIN-ROLL SPINDLE-LONG | $6.48 | $25.92 |
| 1.000 | 1.000 | | AS-327679 | STUD-DUCTOR ROLL WS | $22.24 | $22.24 |

| | | |
|---|---|---|
| Invoice subtotal | | $129.16 |
| Discount | | -$6.46 |
| Invoice total | | $122.70 |

Thank You

EXHIBIT
B19



## Tracking Summary

### Tracking Numbers

| | |
|---|---|
| **Tracking Number:** | 1Z E59 842 03 4312 614 8 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 01/14/2008 |
| | 9:35 A.M. |
| Delivered To: | JONESBORO, AR, US |
| Signed By: | PEPI |
| Service: | GROUND |

| | |
|---|---|
| **Tracking Number:** | 1Z E59 842 03 4197 703 6 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 01/21/2008 |
| | 11:47 A.M. |
| Delivered To: | OLIVE BRANCH, MS, US |
| Signed By: | JOHNSON |
| Service: | GROUND |

| | |
|---|---|
| **Tracking Number:** | 1Z E59 842 01 4256 498 4 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 01/16/2008 |
| | 9:05 A.M. |
| Delivered To: | JONESBORO, AR, US |
| Signed By: | THOMPSON |
| Service: | NEXT DAY AIR |

Tracking results provided by UPS: 03/26/2008 12:43 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

⊠Close Window

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.

# AIR STAMPING, INC.

Precision Parts For The Printing Industry

Three Legend Park  P.O. Box 568
Effingham  IL  62401
Phone:  (217) 342-1283
Fax:  (217) 342-1286
www.airstamping.com

# Invoice

Customer No.: QWO01

Invoice No.:  9180

Bill To:  **Quebecor World-Olive Branch**
8649 Hacks Cross Road
Olive Branch, MS  38654

Ship To:  **Quebecor World-Olive Branch**
8649 Hacks Cross Road
ATTN: BOB CLEMENTS
Olive Branch, MS  38654

(662) 895-4242

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 01/16/08 | UPS TODAY | Origin | Net 30 |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|---|---|---|---|
| 038387 | 01/16/08 | Gene Williams | 8537 |

| Required | Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 8.000 | 8.000 | | AS-379896 | REEL ROD RATCHET  (BLANKET) | $15.95 | $127.60 |
| 8.000 | 8.000 | | AS-300171 | GEAR RACK | $19.01 | $152.08 |
| 8.000 | 8.000 | | AS-312690 | RATCHET GEAR-PLATE CYL | $14.74 | $117.92 |
| | | | | L.W.S. & U.G.S. | | |
| 8.000 | 8.000 | | AS-465940 | PLATE RATCHET | $21.58 | $172.64 |
| 8.000 | 8.000 | | AS-465941 | PLATE RATCHET | $21.58 | $172.64 |
| 8.000 | 8.000 | | AS-312691 | RATCHET GEAR-PLATE CYL | $14.74 | $117.92 |
| | | | | L.G.S. & U.W.S. | | |

Invoice subtotal $860.80
Discount -$43.04
Freight charges $16.30

Invoice total $834.06

Thank You

EXHIBIT
tabbies®
B20

⊠Close Window



## Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z E59 842 03 4312 614 8 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 01/14/2008 |
| | 9:35 A.M. |
| Delivered To: | JONESBORO, AR, US |
| Signed By: | PEPI |
| Service: | GROUND |
| **Tracking Number:** | 1Z E59 842 03 4197 703 6 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 01/21/2008 |
| | 11:47 A.M. |
| Delivered To: | OLIVE BRANCH, MS, US |
| Signed By: | JOHNSON |
| Service: | GROUND |
| **Tracking Number:** | 1Z E59 842 01 4256 498 4 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 01/16/2008 |
| | 9:05 A.M. |
| Delivered To: | JONESBORO, AR, US |
| Signed By: | THOMPSON |
| Service: | NEXT DAY AIR |

Tracking results provided by UPS:  03/26/2008 12:43 P.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

⊠Close Window

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.

# AIR STAMPING, INC.

Precision Parts For The Printing Industry

Three Legend Park  P.O. Box 568
Effingham  IL  62401
Phone:  (217) 342-1283
Fax:  (217) 342-1286
www.airstamping.com

# Invoice

Customer No.: QWL03

Invoice No.:  9186

Bill To:  **Quebecor World-Cincinnati**
760 Fujitc Dr
Lebanon, OH  45036

Ship To:  **Quebecor World-Cincinnati**
760 Fujitc Dr
Lebanon, OH  45036

(513) 932-1064

| Date | Ship Via | | F.O.B. | Terms | |
|------|----------|--|--------|-------|--|
| 01/17/08 | FED-EX GROUND | | Origin | Net 30 | |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|-----------------------|------------|--------------|------------------|
| MM9914 | 01/16/08 | Troy Ramey | 8532 |

| Quantity | | | Item Number | Description | Unit Price | Amount |
|----------|--|--|-------------|-------------|------------|--------|
| Required | Shipped | B.O. | | | | |
| 9.000 | 9.000 | | AS-481237 | TELECOLOR ACTUATOR REBUILT | $100.00 | $900.00 |
| | | | | (EXCHANGE PRICE $100.00) | | |

|  |  |
|--|--|
| Invoice subtotal | $900.00 |
| Discount | -$45.00 |
| Invoice total | $855.00 |

Thank You

EXHIBIT

tabbies®  B 21



FedEx Ground
P.O. Box 108
Pittsburgh, PA 15230-0108

March 26,2008

Dear Customer:

The following is the proof-of-delivery for tracking number **042332561009793**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Lebanon, OH |
| Signed for by: | HHODGEL | Delivery date: | Jan 22, 2008 11:33 |
| Service type: | Ground-Direct Signature Required-Domestic | | |

H.HODGEL
#29, 11:33, 29 Del, 0 NonDel

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 042332561009793 | Ship date: | Jan 18, 2008 |
| | | Weight: | 9.1 lbs. |

Recipient:
LEBANON, OH US

Shipper:
EFFINGHAM, IL US

Shipment Id                          8532

Thank you for choosing FedEx Ground.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

# AIR STAMPING, INC.

Precision Parts For The Printing Industry

Three Legend Park  P.O. Box 568
Effingham  IL  62401
Phone:  (217) 342-1283
Fax:  (217) 342-1286
www.airstamping.com

# Invoice

Customer No.: QWC04
Invoice No.:  9191

Bill To:  **Quebecor World-Clarksville**
451 International Blvd
Attn:  Accounts Payable
Clarksville, TN  37040

Ship To:  **Quebecor World-Clarksville**
Attn:  Wheeler Cato
451 International Blvd
Clarksville, TN  37040

(931) 553-4400

| Date | Ship Via | F.O.B. | Terms |
|------|----------|--------|-------|
| 01/17/08 | FED-EX PRIORITY | Origin | Net 30 |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|------|------|------|------|
| 063435 | 01/17/08 | Gene Williams | 8547 |

| Quantity Required | Quantity Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|------|------|------|------|------|------|------|
| 5.000 | 5.000 | | AS-448167 | RATCHET, INK FNT., NO HUB | $136.50 | $682.50 |

|  |  |
|------|------|
| Invoice subtotal | $682.50 |
| Discount | -$34.13 |
| Invoice total | $648.37 |

Thank You


**EXHIBIT**
B 22

Track Shipments/FedEx Kinko's Orders
## Detailed Results

| | | | |
|---|---|---|---|
| **Tracking number** | 711039680581 | **Reference** | 8547 |
| **Signed for by** | L.WAGGONER | **Purchase order** | 063435 |
| **Ship date** | Jan 17, 2008 | **number** | |
| **Delivery date** | Jan 18, 2008 10:29 AM | **Destination** | CLARKSVILLE, TN |
| | | **Delivered to** | Shipping/Receiving |
| | | **Service type** | Standard Overnight - Direct |
| | | | Signature Required |
| | | **Weight** | 32.0 lbs. |

**Status**                Delivered

**Signature image**       Yes
**available**

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jan 18, 2008 | 10:29 AM | Delivered | CLARKSVILLE, TN | |
| | 7:32 AM | On FedEx vehicle for delivery | CLARKSVILLE, TN | |
| | 7:09 AM | At local FedEx facility | CLARKSVILLE, TN | |
| | 4:54 AM | At dest sort facility | NASHVILLE, TN | |
| | 4:18 AM | Departed FedEx location | MEMPHIS, TN | |
| | 2:52 AM | In transit | MEMPHIS, TN | |
| | 1:33 AM | Arrived at FedEx location | MEMPHIS, TN | |
| Jan 17, 2008 | 5:10 PM | Left origin | EFFINGHAM, IL | |
| | 3:23 PM | Picked up | EFFINGHAM, IL | |
| | 3:01 PM | Package data transmitted to FedEx | | |

[ Signature proof ]   [ E-mail results ]   [ Track more shipments/orders ]

### Subscribe to tracking updates (optional)

**Your name:** [                    ]        **Your e-mail address:** [                    ]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| [            ] | English | ☒ | ☐ |
| [            ] | English | ☒ | ☐ |
| [            ] | English | ☒ | ☐ |
| [            ] | English | ☒ | ☐ |

**Select format:** ⦿ HTML  ○ Text  ○ Wireless

**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and
Conditions

[ Submit ]

# AIR STAMPING, INC.

Precision Parts For The Printing Industry

Three Legend Park  P.O. Box 568
Effingham  IL  62401
Phone:  (217) 342-1283
Fax:  (217) 342-1286
www.airstamping.com

# Invoice

Customer No.: QWE03
Invoice No.:  9198

**Bill To:**  **Quebecor World-Effingham**
420 West Industrial Ave
Effingham, IL  62401-2834

**Ship To:**  **ST. LOUIS METALIZING**

(217) 347-7721

| Date | Ship Via | F.O.B. | Terms |
|------|----------|--------|-------|
| 01/18/08 | ASI TRUCK | Origin | Net 30 |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|------|------|------|------|
| 001790 | 01/18/08 | Troy Ramey | 8555 |

| Required | Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|------|------|------|------|------|------|------|
| 4.000 | 4.000 | | AS-102264 | RATCHET-PLATE/BLANKET CYL | $86.99 | $347.96 |
| 4.000 | 4.000 | | AS-141744 | LOCK UP-DOG BONE-PLT. CYL. | $101.23 | $404.92 |
| 16.000 | 16.000 | | AS-153000 | BEARING-PLATE & BLANKET CYL. | $205.00 | $3,280.00 |
| 4.000 | 4.000 | | AS-637338 | SEAL-PLATE CYLINDER | $10.35 | $41.40 |
| 4.000 | 4.000 | | AS-621543 | SEAL-BLANKET CYLINDER | $9.80 | $39.20 |
| 4.000 | 4.000 | | AS-102512 | REEL ROD-PLATE | $245.24 | $980.96 |
| 4.000 | 4.000 | | AS-102510 | REEL ROD-BLANKET | $280.42 | $1,121.68 |
| 4.000 | 4.000 | | AS-102264 | RATCHET-PLATE/BLANKET CYL | $86.99 | $347.96 |
| 4.000 | 4.000 | | AS-142667 | NUT-PLATE REEL ROD | $26.04 | $104.16 |

| | | |
|---|---|---|
| Invoice subtotal | | $6,668.24 |
| Discount | | -$333.41 |
| Invoice total | | $6,334.83 |

Thank You

EXHIBIT

B-23

*Invoice 9198*

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

Received, subject to the agreement between the Carrier and St. Louis Metallizing in effect on the date of shipment. Carrier agrees that St. Louis Metallizing is the payer of the corresponding freight bill. This Bill of Lading is not subject to any tariffs or classifications except as specifically agreed to in writing by St. Louis Metallizing and Carrier.

# COLLECT

| Shipper: | St. Louis Metallizing Co.<br>4120 Clayton<br>St Louis, MO 63110-1745 | Ship Date: | 2/27/2008 |
| | | BOL #: | 08-5338 |
| | | Delivery Date Message: | |
| Contact: | JOHN T. McCARTHY | Carrier: | EFF TAXI |
| Phone: | (314) 531-5253 | Carrier Pro #: | |

| Consignee: | Quebecor World / Petty II<br>1200 Niccum Avenue<br>Effingham, IL 62401 | Third Party Billing Information |
| Contact: | [General Phone] | |
| Phone: | 217 347-7721 | |

| Type | Qty | Weight | Description | | Cls | Haz* |
|------|-----|--------|-------------|---|-----|------|
| | 0 | 0 | (1) ZM110 BL .071" SLM Job# 07-4388/2 PO# NA | | | |
| | 0 | 0 | (1) ZM110 BL .071" SLM Job# 07-4388/3 PO# NA | | | |
| | 0 | 0 | (1) *M110 PL 17-3/4" .015" SLM Job# 08-1376/0 PO# na | | | |
| CRAT | 1 | 1150 | (1) *M110 PL 17-3/4" .015" SLM Job# 08-1376/1 PO# na | | | |
| Total: | 1 | 1150 | | | | |

## Comments/Special Instructions:

PLEASE DO NOT DOUBLE STRACK CRATE

### Any Problems with Delivery please call  (314) 531-5253

Shipper Certification: The Shipper certifies that the above named materials are properly classified, described, marked, and labeled and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation

Shippers Signature X    JOHN T. McCARTHY                     Date:    2/27/2008

Drivers Signature X    _Eff Taxi (Greg)_                      Date:   2/27/08

Drivers Certification: Carrier acknowledges receipt of packages in good order, condition and quantity unless otherwise stated herein. Carrier certifies emergency response information and required placards were made available and/or carrier has the D.O.T. emergency response guidebook or equivalent in the vehicle.

Permanent post-office address of the Shipper"    St. Louis Metallizing Co.
4123 Sarpy Ave
St Louis, MO 63110-1745

* Mark with "X" to designate material as defined in Title 49 CFR

Wednesday, February 27, 2008                                    Page 1 of 1