RunDate:  10/14/08                                                    Page:    1

# Franklin Storage, L.P.
## 900 Kriner Rd.
## Chambersburg, PA  17201
## (717) 264-3700

## Customer Statement

QUEBECOR WORLD FAIRFIELD
ATTN: PETE SOCKS
100 N. MILLER STREET

FAIRFIELD, PA 17320



| Invoice | Code | Invoice Date | Check/Cred Date | Current | 31-60 | 61-90 | >90 | Total |
|---|---|---|---|---|---|---|---|---|
| 0016818 | I | 12/31/07 | | 0.00 | 0.00 | 0.00 | 7,844.25 | 7,844.25 |
| 0016849 | I | 01/01/08 | | 0.00 | 0.00 | 0.00 | 10,705.21 | 10,705.21 |
| 0016933 | I | 01/31/08 | | 0.00 | 0.00 | 0.00 | 1,715.24 | 1,715.24 |
| 0016947 | I | 02/01/08 | | 0.00 | 0.00 | 0.00 | 7,829.97 | 7,829.97 |
| 0017002 | I | 02/29/08 | | 0.00 | 0.00 | 0.00 | 5,097.04 | 5,097.04 |
| 0017035 | I | 03/01/08 | | 0.00 | 0.00 | 0.00 | 7,100.75 | 7,100.75 |
| 0017122 | I | 04/01/08 | | 0.00 | 0.00 | 0.00 | 5,805.29 | 5,805.25 |
| 0017578 | I | 08/31/08 | | 0.00 | 313.35 | 0.00 | 0.00 | 313.35 |
| 0017616 | I | 09/01/08 | | 0.00 | 4,064.93 | 0.00 | 0.00 | 4,064.93 |
| 0017724 | I | 10/01/08 | | 2,645.92 | 0.00 | 0.00 | 0.00 | 2,645.92 |
| OA00749 | I | 01/31/08 | 01/31/08 | 0.00 | 0.00 | 0.00 | (133.77) | (133.77) |

| Totals | | | | 2,645.92 | 4,378.28 | 0.00 | 45,963.94 | 52,988.14 |

I = Invoice  R=Remittance  C=Credit



RunDate:  10/14/08                                                      Page:    1

# Franklin Storage, L.P.
## 900 Kriner Rd.
## Chambersburg, PA  17201
## (717) 264-3700

## Customer Statement

QUEBECOR WORLD FAIRFIELD
ATTN: DALE REED
100 NORTH MILLER STREET

FAIRFIELD, PA 17320

| Invoice | Code | Invoice Date | Check/Cred Date | Current | 31-60 | 61-90 | >90 | Total |
|---|---|---|---|---|---|---|---|---|
| 0016819 | I | 12/31/07 | | 0.00 | 0.00 | 0.00 | 6,416.74 | 6,416.74 |
| 0016850 | I | 01/01/08 | | 0.00 | 0.00 | 0.00 | 1,986.25 | 1,986.25 |
| 0016906 | I | 01/31/08 | | 0.00 | 0.00 | 0.00 | 5,934.70 | 5,934.70 |
| 0016948 | I | 02/01/08 | | 0.00 | 0.00 | 0.00 | 1,412.25 | 1,412.25 |
| 0017004 | I | 02/29/08 | | 0.00 | 0.00 | 0.00 | 5,773.86 | 5,773.86 |
| 0017036 | I | 03/01/08 | | 0.00 | 0.00 | 0.00 | 1,174.25 | 1,174.25 |
| 0017088 | I | 03/31/08 | | 0.00 | 0.00 | 0.00 | 6,965.49 | 6,965.49 |
| 0017121 | I | 04/01/08 | | 0.00 | 0.00 | 0.00 | 1,015.00 | 1,015.00 |
| 0017163 | I | 04/30/08 | | 0.00 | 0.00 | 0.00 | 3,657.83 | 3,657.83 |
| 0017576 | I | 08/31/08 | | 0.00 | 3,776.80 | 0.00 | 0.00 | 3,776.80 |
| 0017617 | I | 09/01/08 | | 0.00 | 544.25 | 0.00 | 0.00 | 544.25 |
| 0017675 | I | 09/30/08 | | 8,535.00 | 0.00 | 0.00 | 0.00 | 8,535.00 |
| 0017706 | I | 10/01/08 | | 1,756.55 | 0.00 | 0.00 | 0.00 | 1,756.55 |
| Totals | | | | 10,291.55 | 4,321.05 | 0.00 | 34,336.37 | 48,948.97 |

I = Invoice  R=Remittance  C=Credit

Invoices
For
Paper



INVOICE

## Franklin Storage, L.P.
900 Kriner Rd., Suite 1
Chambersburg, PA 17202
Voice  (717)264-3700/    Fax  (717)264-4049/

| Number | 0016818 |
|--------|---------|
| Date   | 12/31/07 |
|        | Page1 |

TO:  QUEBECOR WORLD FAIRFIELD
ATTN: PETE SOCKS
100 N. MILLER STREET

FAIRFIELD, PA  17320

| Product Group/ Billing Description | Quantity | Billing Unit | Rate | Amount |
|---|---|---|---|---|
| **Rolls of Paper from Norpac** | | | | |
| HANDLING IN | 487,079 | GrWgt | 0.240 | $1,168.99 |
| INITIAL STRG | 487,079 | GrWgt | 0.120 | $453.03 |
| Total  Rolls of Paper from Norpac | | | | $1,622.02 |
| **Rolls of Printing Paper** | | | | |
| HANDLING IN | 1,896,744 | GrWgt | 0.240 | $4,552.18 |
| INITIAL STRG | 1,896,744 | GrWgt | 0.120 | $1,670.05 |
| Total  Rolls of Printing Paper | | | | $6,222.23 |

==================================================================================
### Invoice Totals

| | |
|---|---|
| Initial Storage | $2,123.08 |
| Inbound Handling | $5,721.17 |
| **TOTAL DUE** | **$7,844.25** |

INVOICE  BATCH0341268                                    Terms:  Net 15



Corrected Invoice

**Franklin Storage, LP**
**900 Kriner Road, Suite 1**
**Chambersburg, PA  17202**

To:  QUEBECOR WORLD FAIRFIELD
Attn: PETE SOCKS
100 N. MILLER STREET
FAIRFIELD, PA  17320

| Customer Number | Invoice Number | Invoice Date |
|---|---|---|
| QUEBECOR | 0016849 | 01/01/08 |

NET 30 DAYS                                        Page:    1

**First Of The Month Storage Charges**

| Product Code Description | Quantity | Billing Weight | Storage Rate | Charge |
|---|---|---|---|---|
| Rolls of Paper from Norpac | | | | |
| 6CX0013353 20 1/2 40 SONORA BK CR ANT | 452367 | 452367 | W:0.120 | 542.85 |
| 6CX0013384 22 1/2 40 SONORA BK CR ANT | 23644 | 23644 | W:0.120 | 28.38 |
| 6CX0013473 20 1/2 45 SONORA BK CR ANT | 404514 | 404514 | W:0.120 | 485.42 |
| 6CX0013806 24 1/2 45 SONORA BK CR ANT | 6301 | 6301 | W:0.120 | 7.57 |
| 6CX0013850 22 1/2 45 SONORA BK CR ANT | 236572 | 236572 | W:0.120 | 283.89 |
| 6CX0015014 50 45# NORBRITE BK CR ANT | 2836 | 2836 | W:0.120 | 3.41 |
| 6CX0015036 50 45# NORBRITE BK CR ANT | 1410 | 1410 | W:0.120 | 1.70 |
| 6CX0015050 49 45# NORBRITE BK CR ANT | 17428 | 17428 | W:0.120 | 20.92 |
| 6CX0015104 25 45# NORBRITE BK CR ANT | 28097 | 28097 | W:0.120 | 33.72 |
| Total Rolls of Paper from Norpac | | | | $1,407.86 |
| | | | | |
| Rolls of Printing Paper | | 76363 | W:0.120 | $9,163.58 |
| Total Rolls of Printing Paper | | | | $9,193.58 |

==========================================================================================

Invoice Totals

| Recurring Storage | $10,571.44 |
|---|---|
| Invoice Total | $10,571.44 |

INVOICE



# Franklin Storage, L.P.
900 Kriner Rd., Suite 1
Chambersburg, PA  17202
Voice   (717)264-3700/    Fax   (717)264-4049/

| Number | 0016933 |
|--------|---------|
| Date | 01/31/08 |
| | Page1 |

TO:  QUEBECOR WORLD FAIRFIELD
ATTN: PETE SOCKS
100 N. MILLER STREET

FAIRFIELD, PA  17320

| Product Group/ Billing Description | Quantity | Billing Unit | Rate | Amount |
|---|---|---|---|---|
| **Rolls of Paper from Norpac** | | | | |
| HANDLING IN | 74,408 | GrWgt | 0.240 | $178.57 |
| INITIAL STRG | 74,405 | GrWgt | 0.120 | $89.30 |
| Total  Rolls of Paper from Norpac | | | | $267.87 |
| **Rolls of Printing Paper** | | | | |
| HANDLING IN | 467,261 | GrWgt | 0.240 | $1,121.42 |
| INITIAL STRG | 467,261 | GrWgt | 0.120 | $325.95 |
| Total  Rolls of Printing Paper | | | | $1,447.37 |

=================================================================================
Invoice Totals

Initial Storage $415.25
Inbound Handling $1,299.99

| TOTAL DUE | $1,715.24 |
|-----------|-----------|

Terms:  Net 15



**Franklin Storage, LP**
**900 Kriner Road, Suite 1**
**Chambersburg, PA  17202**

To:  QUEBECOR WORLD FAIRFIELD
     Attn: PETE SOCKS
     100 N. MILLER STREET
     FAIRFIELD, PA  17320

| Customer Number | Invoice Number | Invoice Date |
|---|---|---|
| QUEBECOR | 0016947 | 02/01/08 |

NET 30 DAYS                              Page:    1

**First Of The Month Storage Charges**

| Product Code Description | Quantity | Billing Weight | Storage Rate | Charge |
|---|---|---|---|---|
| 6CX0013353 20 1/2 40 SONORA BK CR ANT | 452367 | 462367 | W:0.120 | 542.84 |
| 6CX0013473 20 1/2 45 SONORA BK CR ANT | 398289 | 398289 | W:0.120 | 477.95 |
| 6CX0013B06 24 1/2 45 SONORA BK CR ANT | 6301 | 6301 | Q:0.120 | 7.56 |
| 6CX0013850 22 1/2 45 SONORA BK CR ANT | 101869 | 101869 | W:0.120 | 122.24 |
| 6CX0015014 50 45# NORBRITE BK CR ANT | 2836 | 2836 | W:0.120 | 3.41 |
| 6CX0015036 50 45# NORBRITE BK CR ANT | 1410 | 1410 | W:0.120 | 1.69 |
| 6CX0015050 49 45# NORBRITE BR CR ANT | 17428 | 17428 | W:0.120 | 20.91 |

Total    Rolls of Paper from Norpac                                   $1,176.60

Rolls of Printing Paper               55,445   GrWgt        0.120    $6,653.37

Total    Rolls of Printing Paper                                     $6,653.37

=================================================================
                           Invoice Totals

Recurring Storage                                                    $7,829.97

                        TOTAL DUE                                    $7,829.97



INVOICE

# Franklin Storage, L.P.
900 Kriner Rd., Suite 1
Chambersburg, PA  17202
Voice  (717)264-3700/    Fax  (717)264-4049/

| Number | 0017002 |
|--------|---------|
| Date | 02/29/08 |
| | Page1 |

TO:  QUEBECOR WORLD FAIRFIELD
ATTN: PETE SOCKS
100 N. MILLER STREET

FAIRFIELD, PA  17320

| Product Group/ Billing Description | Quantity | Billing Unit | Rate | Amount |
|---|---|---|---|---|
| Rolls of Paper from Norpac | | | | |
| HANDLING IN | 417,008 | GrWgt | 0.240 | $1,000.82 |
| INITIAL STRG | 417,008 | GrWgt | 0.120 | $500.40 |
| Total   Rolls of Paper from Norpac | | | | $1,501.22 |
| Rolls of Printing Paper | | | | |
| HANDLING IN | 1,150,288 | GrWgt | 0.240 | $2,760.69 |
| INITIAL STRG | 1,150,288 | GrWgt | 0.120 | $835.13 |
| Total   Rolls of Printing Paper | | | | $3,595.82 |

=====================================================================

## Invoice Totals

| | |
|---|---|
| Initial Storage | $1,335.53 |
| Inbound Handling | $3,761.51 |

| TOTAL DUE | $5,097.04 |
|---|---|

Terms:  Net 15



INVOICE

| | | | Number 0017035 |
| --- | --- | --- | --- |
| | | | Date     03/01/08 |
| | | | Page1 |

# Franklin Storage, L.P.
900 Kriner Rd., Suite 1
Chambersburg, PA  17202
Voice   (717)264-3700/    Fax  (717)264-4049/

TO:  QUEBECOR WORLD FAIRFIELD
ATTN: PETE SOCKS
100 N. MILLER STREET

FAIRFIELD, PA  17320

| Product Group/ Billing Description | Quantity | Billing Unit | Rate | Amount |
| --- | --- | --- | --- | --- |
| Rolls of Paper from Norpac | 7,984 | GrWgt | 0.120 | $958.03 |
| | | | | $958.03 |
| Total   Rolls of Paper from Norpac | | | | |
| Rolls of Printing Paper | 51,189 | GrWgt | 0.120 | $6,142.72 |
| Total   Rolls of Printing Paper | | | | $6,142.72 |

==========================================================================
Invoice Totals

Recurring Storage                                                $7,100.75

| TOTAL DUE | $7,100.75 |
| --- | --- |

INVOICE BATCH0346602                                    Terms:  Net 15



# Franklin Storage, LP
## 900 Kriner Rd., Suite 1
## Chambersburg, PA 17202

To:  QUEBECOR WORLD FAIRFIELD
Attn: PETE SOCKS
100 N. MILLER STREET
FAIRFIELD, PA 17320

| Customer Number | Invoice Number | Invoice Date |
|---|---|---|
| QUEBECOR | 0017122 | 04/01/08 |

NET 30 DAYS                                    Page:    1

**First Of The Month Storage Charges**

| Product Code Description | Quantity | Billing Weight | Storage Rate | Charge |
|---|---|---|---|---|
| 6CX0013353 20 1/2 40 SONORA BK CR ANT | 52751 | 52751 | W:0.120 | 63.31 |
| 6CX0013473 20 1/2 45 SONORA BK CR ANT | 396384 | 396384 | W:0.120 | 475.63 |
| 6CX0013806 24 1/2 45 SONORA BK CR ANT | 6301 | 6301 | W:0.120 | 7.57 |
| 6CX0015014 50 45# NORBRITE BK CR ANT | 2836 | 2836 | W:0.120 | 3.41 |
| 6CX0015036 50 45# NORBRITE BK CR ANT | 1410 | 1410 | W:0.120 | 1.70 |
| 6CX0015050 49 45# NORBRITE BK CR ANT | 17428 | 17428 | W:0.120 | 20.92 |
| 6CX0015165 25 45# NORBRITE | 29992 | 29992 | W:0.120 | 35.99 |

$608.53

Total Rolls of Paper from Norpac

| Rolls of Printing Paper | | 43,306 | GrWgt | 0.120 | $5,196.72 |
|---|---|---|---|---|---|

$5,196.72

Total Rolls of Printing Paper

=================================================================================
Invoice Totals

Recurring Storage                                    $5,805.25

TOTAL DUE                                    $5,805.25

Invoices
For
Books



INVOICE

## Franklin Storage, L.P.
900 Kriner Rd., Suite 1
Chambersburg, PA 17202
Voice  (717)264-3700/    Fax  (717)264-4049/

| Number | 0016819 |
|--------|---------|
| Date   | 12/31/07 |
|        | Page1 |

TO: QUEBECOR WORLD FAIRFIELD
ATTN: JOE LUCKENBAUGH
100 NORTH MILLER STREET

FAIRFIELD, PA 17320

| Product Group/ Billing Description | Quantity | Billing Unit | Rate | Amount |
|---|---|---|---|---|
| Skids of Books | | | | |
| HANDLING IN | 1,308 | Skids | 3.500 | $4,578.00 |
| INITIAL STRG | 1,308 | Skids | 1.750 | $1,422.24 |
| **Total   Skids of Books** | | | | $6,000.24 |

| Other Charges Charge Code | # Docs | Rate | Amount |
|---|---|---|---|
| BILL OF LADING CHARGES | 119 | 3.50 | $416.50 |
| **Other Charges Total** | | | $416.50 |

========================================================================

### Invoice Totals

| | |
|---|---|
| Initial Storage | $1,422.24 |
| Inbound Handling | $4,578.00 |
| Other Charges | $416.50 |

| TOTAL DUE | $6,416.74 |
|---|---|

INVOICE  BATCH0341268                                    Terms:  Net 15



INVOICE

# Franklin Storage, L.P.
900 Kriner Rd., Suite 1
Chambersburg, PA 17202
Voice   (717)264-3700/     Fax   (717)264-4049/

| Number 0016850 | |
|---|---|
| Date | 01/01/08 |
| | Page1 |

TO:  QUEBECOR WORLD FAIRFIELD
ATTN: JOE LUCKENBAUGH
100 NORTH MILLER STREET

FAIRFIELD, PA 17320

| Product Group/ Billing Description | Quantity | Billing Unit | Rate | Amount |
|---|---|---|---|---|
| Skids of Books | 1,016 | Skids | 1.750 | $1,778.00 |
| | | | | $1,778.00 |
| Total   Skids of Books | | | | |
| Skids of Raw Materials | 119 | Skids | 1.750 | $208.25 |
| | | | | $208.25 |
| Total   Skids of Raw Materials | | | | |

==========================================================================
Invoice Totals

Recurring Storage                                              $1,986.25

TOTAL DUE                          $1,986.25

INVOICE BATCH0341585                              Terms:  Net 15

INVOICE



# Franklin Storage, L.P.
900 Kriner Rd., Suite 1
Chambersburg, PA  17202
Voice   (717)264-3700/    Fax  (717)264-4049/

| Number 0016906 |
| --- |
| Date    01/31/08 |
| Page1 |

TO:  QUEBECOR WORLD FAIRFIELD
ATTN: JOE LUCKENBAUGH
100 NORTH MILLER STREET

FAIRFIELD, PA  17320

| Product Group/ Billing Description | Quantity | Billing Unit | Rate | Amount |
| --- | --- | --- | --- | --- |
| Skids of Books | | | | |
| HANDLING IN | 1,229 | Skids | 3.500 | $4,301.50 |
| INITIAL STRG | 1,229 | Skids | 1.760 | $1,633.20 |
| Total   Skids of Books | | | | $5,934.70 |

=================================================================
Invoice Totals

Initial Storage    $1,633.20
Inbound Handling    $4,301.50

| TOTAL DUE | $5,934.70 |
| --- | --- |

INVOICE BATCH0343958

Terms:  Net 15



**INVOICE**

# Franklin Storage, L.P.
900 Kriner Rd., Suite 1
Chambersburg, PA  17202
Voice   (717)264-3700/    Fax  (717)264-4049/

| Number  0016948 |
|---|
| Date     02/01/08 |
| Page1 |

TO:  QUEBECOR WORLD FAIRFIELD
ATTN: JOE LUCKENBAUGH
100 NORTH MILLER STREET

FAIRFIELD, PA  17320

| Product Group/ Billing Description | Quantity | Billing Unit | Rate | Amount |
|---|---|---|---|---|
| Skids of Books | 688 | Skids | 1.750 | $1,204.00 |
| | | | | $1,204.00 |
| Total   Skids of Books | | | | |
| Skids of Raw Materials | 119 | Skids | 1.750 | $208.25 |
| | | | | $208.25 |
| Total   Skids of Raw Materials | | | | |

=====================================================================================
**Invoice Totals**

Recurring Storage                                               $1,412.25

| TOTAL DUE | $1,412.25 |
|---|---|

INVOICE BATCH0344186                                        Terms:  Net 15



INVOICE

## Franklin Storage, L.P.
900 Kriner Rd., Suite 1
Chambersburg, PA 17202
Voice  (717)264-3700/    Fax  (717)264-4049/

| Number 0017004 |
|---|
| Date     02/29/08 |
| Page1 |

TO:  QUEBECOR WORLD FAIRFIELD
ATTN: DALE REED
100 NORTH MILLER STREET

FAIRFIELD, PA  17320

| Product Group/<br>Billing Description | Quantity | Billing<br>Unit | Rate | Amount |
|---|---|---|---|---|
| Skids of Books | | | | |
| HANDLING IN | 1,196 | Skids | 3.500 | $4,186.00 |
| INITIAL STRG | 1,196 | Skids | 1.750 | $1,587.86 |
| Total   Skids of Books | | | | $5,773.86 |

==========================================================================
Invoice Totals

| Initial Storage | $1,587.86 |
| Inbound Handling | $4,186.00 |

| TOTAL DUE | $5,773.86 |
|---|---|

INVOICE BATCH0346488                          Terms:  Net 15



## INVOICE

## Franklin Storage, L.P.
900 Kriner Rd., Suite 1
Chambersburg, PA 17202
Voice   (717)264-3700/    Fax  (717)264-4049/

| Number 0017036 |
| Date    03/01/08 |
| Page1 . |

TO:  QUEBECOR WORLD FAIRFIELD
ATTN: DALE REED
100 NORTH MILLER STREET

FAIRFIELD, PA 17320

| Product Group/ Billing Description | Quantity | Billing Unit | Rate | Amount |
|---|---|---|---|---|
| Skids of Books | 552 | Skids | 1.750 | $966.00 |
| Total   Skids of Books | | | | $966.00 |
| Skids of Raw Materials | 119 | Skids | 1.750 | $208.25 |
| Total   Skids of Raw Materials | | | | $208.25 |

| Other Charges Charge Code | Cust Ref # | Amount |
|---|---|---|
| | 131568 | |
| Recurring Storage - Split Month | | $0.00 |
| Other Charges Total | | $0.00 |

================================================================

### Invoice Totals

| Recurring Storage | $1,174.25 |
|---|---|

| TOTAL DUE | $1,174.25 |
|---|---|

INVOICE BATCH0346634                                        Terms:  Net 15



INVOICE

# Franklin Storage, L.P.
900 Kriner Rd., Suite 1
Chambersburg, PA 17202
Voice    (717)264-3700/    Fax  (717)264-4049/

| Number | 0017088 |
|---|---|
| Date | 03/31/08 |
| | Page1 |

TO:  QUEBECOR WORLD FAIRFIELD
ATTN: DALE REED
100 NORTH MILLER STREET

FAIRFIELD, PA  17320

| Product Group/<br>Billing Description | Quantity | Billing<br>Unit | Rate | Amount |
|---|---|---|---|---|
| Skids of Books | | | | |
|     HANDLING IN | 1,444 | Skids | 3.500 | $5,054.00 |
|     INITIAL STRG | 1,444 | Skids | 1.750 | $2,073.37 |
| Total   Skids of Books | | | | $7,127.37 |

| Product Group/<br>Billing Description | Quantity | Billing<br>Unit | Rate | Amount |
|---|---|---|---|---|
| Skids of Raw Materials | | | | |
| Adjust   HANDLING IN | (37) | Skids | 3.500 | ($129.50) |
| Adjust   INITIAL STRG | (37) | Skids | 1.750 | ($32.38) |

==================================================================================
Invoice Totals

Initial Storage                                      $2,073.37
Initial Storage     (Adjustments)                    ($32.38)
Inbound Handling                                     $5,054.00
Inbound Handling    (Adjustments)                    ($129.50)

| TOTAL DUE | $6,965.49 |
|---|---|

Terms:  Net 15



INVOICE

# Franklin Storage, L.P.
900 Kriner Rd., Suite 1
Chambersburg, PA  17202
Voice   (717)264-3700/    Fax   (717)264-4049/

| Number  0017121 |
| Date      04/01/08 |
| Page1 |

TO:  QUEBECOR WORLD FAIRFIELD
ATTN: DALE REED
100 NORTH MILLER STREET

FAIRFIELD, PA  17320

| Product Group/ Billing Description | Quantity | Billing Unit | Rate | Amount |
|---|---|---|---|---|
| Skids of Books | 501 | Skids | 1.750 | $876.75 |
| Total   Skids of Books | | | | $876.75 |
| Skids of Raw Materials | 79 | Skids | 1.750 | $138.25 |
| Total   Skids of Raw Materials | | | | $138.25 |

======================================================================================

Invoice Totals

Recurring Storage                                                                                    $1,015.00

| TOTAL DUE | $1,015.00 |

Terms:  Net 15



INVOICE

# Franklin Storage, L.P.
900 Kriner Rd., Suite 1
Chambersburg, PA 17202
Voice  (717)264-3700/    Fax  (717)264-4049/

| Number | 0017183 |
|---|---|
| Date | 04/30/08 |
| | Page1 |

TO:  QUEBECOR WORLD FAIRFIELD
ATTN: DALE REED
100 NORTH MILLER STREET

FAIRFIELD, PA 17320

| Product Group/ Billing Description | Quantity | Billing Unit | Rate | Amount |
|---|---|---|---|---|
| Skids of Books | | | | |
|    HANDLING IN | 735 | Skids | 3.500 | $2,572.50 |
|    INITIAL STRG | 735 | Skids | 1.750 | $1,085.33 |
| Total   Skids of Books | | | | $3,657.83 |

========================================================================

Invoice Totals

Initial Storage                              $1,085.33
Inbound Handling                         $2,572.50

| TOTAL DUE | $3,657.83 |
|---|---|

INVOICE BATCH0351265                                   Terms:  Net 15