IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X
In re:                                : Chapter 11
                                      :
QUEBECOR WORLD (USA), INC et al       : Case No: 08-10152
                                      : Jointly Administered
                                      :
                    Debtors           :
---------------------------------------------------X

DECLARATION OF MAILING NOTIFYING TRANSFEROR(S) AND TRANSFEREE(S)
REGARDING NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001
(e) (1) and/or (e) (2)

STATE OF   NEW YORK    )
                       )   SS:
COUNTY OF  NEW YORK    )

I, Tina Carr declare:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by Donlin, Recano and Company, Inc., 419 Park Avenue South, Suite 1206, New York, NY 10016.

3. On the 18th day of September, 2009, I received a copy of the Notice of Transfer for the noted Docket No. #1914, 1915, 1916, 1917 and 1918 docket maintained by the court for the captioned debtors:

4. On the 18th day of September, 2009, I sent a copy of the Notice of Transfer of claim pursuant to FRBP 3001 (e) (1) or (e) (2) to the Transferor and Transferee via first class mail, postage prepaid and by depositing same in a mail box maintained by the U.S. Postal Service.

5. I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of September, 2009 at New York, New York.

By _____
   Tina Carr

Sworn before me this
18th day of September 2009

_____
Notary Public

**LOUIS A. RECANO**
NOTARY PUBLIC, STATE OF NEW YORK
NO. 31-01RE4812781
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 30, 20 10

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **QUEBECOR WORLD MID-SOUTH PRESS CORPORATION**
Case No. **08-10203**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. **4171** (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 9/17/2009.

| | |
|---|---|
| Liquidity Solutions Inc.<br>**Name of Transferee** | **WEBB'S REFRESHMENTS**<br>**Name of Alleged Transferor** |
| Address of Transferee:<br>One University Plaza<br>Suite 312<br>Hackensack, NJ 07601 | Address of Alleged Transferor:<br>**WEBB'S REFRESHMENTS**<br>**PO BOX 4011**<br>**MURFREESBORO, TN 37129** |

~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Donlin, Recano & Company, Inc.
as Agent for the
United States Bankruptcy Court-SDNY

Date: 9-18-09

**CLERK OF THE COURT**

3037904

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **QUEBECOR WORLD MID-SOUTH PRESS CORPORATION**
Case No. **08-10203**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| LIQUIDITY SOLUTIONS, INC<br>Name of Transferee | **WEBB'S REFRESHMENTS**<br>Name of Transferor |

Name and Address where notices and payments to transferee should be sent:

LIQUIDITY SOLUTIONS, INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601
Phone:
(201) 968-0001

Court Claim # (if known): 4171
Amount of Claim: **$2,433.01**
Date Claim Filed: 11/12/2008

Phone:_____
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Gerald Jospitre
Transferee/Transferee's Agent

Date: 9/17/2009

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

DONLIN, RECANO & CO.

SEP 18 2009

CLAIMS PROCESSING DEPT

3037904

# TRANSFER NOTICE

Webb's Refreshments ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **QUEBECOR WORLD MID-SOUTH PRESS CORPORATION** (the "Debtor"), in the aggregate amount of **$2,433.01**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 08-10203.

IN WITNESS WHEREOF, Assignor has signed below as of the 24th day of August, 2009

Webb's Refreshments
_____
(Signature)
Lonnie Hicks
(Print Name and Title)
_____
(Print Name of Witness)

_____
(Signature)
DOSPOOLiCICA A/R
(Print Name of Witness)

QUEBECOR WORLD MID-SOUTH PRESS CORPORATION
Claim # 4171
Webb's Refreshments



3037904

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **QUEBECOR WORLD LINCOLN INC.**
Case No. **08-10190**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. **2222 & 2909** (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 9/17/2009.

| | |
|---|---|
| Liquidity Solutions Inc.<br>**Name of Transferee** | **DUKE & COMPANY**<br>**Name of Alleged Transferor** |
| Address of Transferee:<br>One University Plaza<br>Suite 312<br>Hackensack, NJ 07601 | Address of Alleged Transferor:<br>**DUKE & COMPANY**<br>**300 N.W 126TH STREET**<br>**LINCOLN, NE 68528** |

~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Donlin, Recano & Company, Inc.
as Agent for the
United States Bankruptcy Court-SDNY

Date: 9-18-09

**CLERK OF THE COURT**

3038234

#1915
9-17-09

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **QUEBECOR WORLD LINCOLN INC.**
Case No. **08-10190**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| LIQUIDITY SOLUTIONS, INC | **DUKE & COMPANY** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices and payments to transferee should be sent:

LIQUIDITY SOLUTIONS, INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601
Phone:
(201) 968-0001

Court Claim # (if known): 2222 & 2909
Amount of Claim: **$11,258.20**
Date Claim Filed: 10/03/2008 & 10/27/2008

Phone:_____
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Gerald Jospitre
Transferee/Transferee's Agent

Date: 9/17/2009

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

DORLIN, RECANO & CO.

SEP 18 2009

3038234

CLAIMS PROCESSING DEPT

## TRANSFER NOTICE

Duke & Company ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc, as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against QUEBECOR WORLD LINCOLN INC. (the "Debtor"), in the aggregate amount of $11,258.20, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 08-10190.

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _____, 2009

Duke & Company

_____
(Signature)
Joy L. Duke Sec/Trs
(Print Name and Title)

_____
(Signature)
STEPHEN L. REED
(Print Name of Witness)

QUEBECOR WORLD LINCOLN INC.
Claim # 2909
Duke & Company

3038234

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **QUEBECOR WORLD LOGISTICS INC.**
Case No. **08-10202**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. **4357** (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 9/17/2009.

Liquidity Solutions Inc.
**Name of Transferee**

Address of Transferee:
One University Plaza
Suite 312
Hackensack, NJ 07601

**THUNDER EXPRESS**
**Name of Alleged Transferor**

Address of Alleged Transferor:
**THUNDER EXPRESS**
**PO BOX 285297**
**E BOSTON, MA 02228**

---**DEADLINE TO OBJECT TO TRANSFER**---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 9-18-09

Donlin, Recano & Company, Inc.
as Agent for the
United States Bankruptcy Court-SDNY
**CLERK OF THE COURT**

3038203

#1916
9-17-09

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **QUEBECOR WORLD LOGISTICS INC.**
Case No. **08-10202**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| LIQUIDITY SOLUTIONS, INC | **THUNDER EXPRESS** |
| Name of Transferee | Name of Transferor |

Name and Address where notices and payments to transferee should be sent:

LIQUIDITY SOLUTIONS, INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601
Phone:
(201) 968-0001

Court Claim # (if known): 4357
Amount of Claim: **$10,250.98**
Date Claim Filed: 11/17/2008

Phone:_____
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Gerald Jospitre                             Date: 9/17/2009
Transferee/Transferee's Agent

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

**DONLIN, RECANO & CO.**

SEP 18 2009                                    3038203

**CLAIMS PROCESSING DEPT**

## TRANSFER NOTICE

Thunder Express ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____ with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against QUEBECOR WORLD LOGISTICS INC. (the "Debtor"), in the aggregate amount of $10,250.98 , representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 08-10212.

IN WITNESS WHEREOF, Assignor has signed below as of the 31 day of July, 2009

Thunder Express

_____
(Signature)

William Mostafa PRESIDENT
Print Name and Title)

_____
(Signature)

GERALD JOBOTRE
(Print Name of Witness)

QUEBECOR WORLD LOGISTICS INC.
Claim # 4357
Thunder Express

13038203

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **QUEBECOR WORLD FAIRFIELD INC.**
Case No. **08-10180**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. **2797** (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 9/17/2009.

Liquidity Solutions Inc.
**Name of Transferee**

Address of Transferee:
One University Plaza
Suite 312
Hackensack, NJ 07601

**HIRRLINGER ELECTRIC INC**
**Name of Alleged Transferor**

Address of Alleged Transferor:
**HIRRLINGER ELECTRIC INC**
**5800 WOODCLIFF ROAD**
**BOWIE, MD 20720**

~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Donlin, Recano & Company, Inc.
as Agent for the
United States Bankruptcy Court-SDNY

Date: 9-18-09

**CLERK OF THE COURT**

3038021

#1917
9-18-09

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **QUEBECOR WORLD FAIRFIELD INC.**
Case No. **08-10180**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| LIQUIDITY SOLUTIONS, INC<br>Name of Transferee | **HIRRLINGER ELECTRIC INC**<br>Name of Transferor |

Name and Address where notices and payments to transferee should be sent:

LIQUIDITY SOLUTIONS, INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601
Phone:
(201) 968-0001

Court Claim # (if known): 2797
Amount of Claim: **$3,941.45**
Date Claim Filed: 10/27/2008

Phone:_____
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Gerald Jospitre
Transferee/Transferee's Agent

Date: 9/17/2009

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

DONLIN, RECANO & CO.

SEP 18 2009

3038021

CLAIMS PROCESSING DEPT

**TRANSFER NOTICE**

Hirrlinger Electric Inc ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **QUEBECOR WORLD FAIRFIELD INC.** (the "Debtor"), in the aggregate amount of **$3,941.45**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 08-10180.

IN WITNESS WHEREOF, Assignor has signed below as of the 17th day of Sept, 2009

Hirrlinger Electric Inc

_Pamela S Turgeon_ (Signature)
Pamela S Turgeon Sec/Treas. (Print Name and Title)

_[signature]_ (Signature)
Geans Jooitee (Print Name of Witness)

QUEBECOR WORLD FAIRFIELD INC.
Claim # 2797
Hirrlinger Electric Inc

3038021

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **QUEBECOR WORLD HAZLETON INC.**
Case No. **08-10185**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. **2962** (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 9/17/2009.

| | |
|---|---|
| Liquidity Solutions Inc.<br>**Name of Transferee** | **SOLAR COMMUNICATIONS INC**<br>**Name of Alleged Transferor** |
| Address of Transferee:<br>One University Plaza<br>Suite 312<br>Hackensack, NJ 07601 | Address of Alleged Transferor:<br>**SOLAR COMMUNICATIONS INC**<br>**1120 FRONTENAC ROAD**<br>**NAPERVILLE, IL 60563** |

~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Donlin, Recano & Company, Inc.
as Agent for the
United States Bankruptcy Court-SDNY

Date: 9-18-09

**CLERK OF THE COURT**

3038245

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **QUEBECOR WORLD HAZLETON INC.**
Case No. **08-10185**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| LIQUIDITY SOLUTIONS, INC<br>Name of Transferee | **SOLAR COMMUNICATIONS INC**<br>Name of Transferor |
| Name and Address where notices and payments to transferee should be sent:<br><br>LIQUIDITY SOLUTIONS, INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601<br>Phone:<br>(201) 968-0001 | Court Claim # (if known): 2962<br>Amount of Claim: **$12,220.83**<br>Date Claim Filed: 10/27/2208<br><br><br>Phone:_____<br>Last Four Digits of Acct#:_____ |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Gerald Jospitre          Date: 9/17/2009
Transferee/Transferee's Agent

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

SEP 16 2009
CLAIMS PROCESSING DEPT

3038245

## TRANSFER NOTICE

Solar Communications Inc ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **QUEBECOR WORLD HAZLETON INC.** (the "Debtor"), in the aggregate amount of **$12,220.83**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 08-10185.

IN WITNESS WHEREOF, Assignor has signed below as of the 14th day of August, 2009

Solar Communications Inc

_____
(Signature)
DAVID R. BROWN
ASSIGNEE FOR THE BENEFIT OF CREDITORS
(Print Name and Title) OF SOLAR COMMUNICATIONS, INC.

_____
(Signature)
GERALD COOPTRE
(Print Name of Witness)

QUEBECOR WORLD HAZLETON INC.
Claim # 2962
Solar Communications Inc

3038245