## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                          : Chapter 11

**QUEBECOR WORLD (USA), INC et al**             : Case No: 08-10152
                                                : Jointly Administered

**Debtors**                                     :
---------------------------------------------------------------X

### DECLARATION OF MAILING NOTIFYING TRANSFEROR(S) AND TRANSFEREE(S) REGARDING NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1) and/or (e) (2)

| STATE OF **NEW YORK** | ) | |
|---|---|---|
| | ) | SS: |
| COUNTY OF **NEW YORK** | ) | |

I, Tina Carr declare:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by Donlin, Recano and Company, Inc., 419 Park Avenue South, Suite 1206, New York, NY 10016.

3. On the 21st day of September, 2009, I received a copy of the Notice of Transfer for the noted Docket No. #1919/1924, 1920/1925, 1921/1926, 1922, 1923, 1927, 1928, 1929, 1930, 1931, 1933, 1934 and 1935 docket maintained by the court for the captioned debtors:

4. On the 21st day of September, 2009, I sent a copy of the Notice of Transfer of claim pursuant to FRBP 3001 (e) (1) or (e) (2) to the Transferor and Transferee via first class mail, postage prepaid and by depositing same in a mail box maintained by the U.S. Postal Service.

5. I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of September, 2009 at New York, New York.

By _/s/ Tina Carr_
Tina Carr

Sworn before me this
22nd day of September 2009

_/s/ Louis A. Recano_
Notary Public

**LOUIS A. RECANO**
NOTARY PUBLIC, STATE OF NEW YORK
NO. 31-01RE4812781
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 30, 20_10_

K:\Home\Tina\Court Letters\Affidavit - Southern District.doc