## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

In re:                    :       Chapter 11

    **QUEBECOR WORLD (USA), INC et al**    :       Case No: 08-10152
                                    :       Jointly Administered

                   **Debtors**         :

--------------------------------------------------------------X

### DECLARATION OF MAILING NOTIFYING TRANSFEROR(S) AND TRANSFEREE(S)
### REGARDING NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001
### (e) (1) and/or (e) (2)

STATE OF   <u>NEW YORK</u>      )
                              )      **SS:**
COUNTY OF <u>NEW YORK</u>     )

I, <u>Tina Carr</u> declare:

1.     I am over the age of 18 years and not a party to the within action.

2.     I am employed by Donlin, Recano and Company, Inc., 419 Park Avenue South, Suite 1206, New York, NY 10016.

3.     On the <u>1st</u> day of October, 2009, I received a copy of the Notice of Transfer for the noted Docket No. <u>#1946, 1947, 1948, 1949, 1950, 1951, 1952, 1953 and 1954</u> docket maintained by the court for the captioned debtors:

4.     On the <u>1st</u> day of October, 2009, I sent a copy of the Notice of Transfer of claim pursuant to FRBP 3001 (e) (1) or (e) (2) to the Transferor and Transferee via first class mail, postage prepaid and by depositing same in a mail box maintained by the U.S. Postal Service.

5.     I declare under penalty of perjury that the foregoing is true and correct. Executed this <u>2nd</u> day of October, 2009 at New York, New York.

By    _Tina Carr_
            Tina Carr

Sworn before me this
2nd day of October 2009

Notary Public

WILLIAM ANDREW LOGAN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02LO6103254
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES...December 22, 2011

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **QUEBECOR WORLD FAIRFIELD INC.**
Case No. **08-10180**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. **3643** (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/1/2009.

Liquidity Solutions Inc.
**Name of Transferee**

**RANDSTAND STAFFING SERVICES**
**Name of Alleged Transferor**

Address of Transferee:
One University Plaza
Suite 312
Hackensack, NJ 07601

Address of Alleged Transferor:
**RANDSTAND STAFFING SERVICES**
**PO BOX 2084**
**CAROL STREAM, IL 60132**

---

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _10-1-09_

Dohin, Record & Company, Inc.
as Agent for the
United States Bankruptcy Court-SDNY

_____
**CLERK OF THE COURT**

*# 1946*
*10-1-09*

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **QUEBECOR WORLD FAIRFIELD INC.**
Case No. **08-10180**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer,
other than for security, of the claim referenced in this notice.

LIQUIDITY SOLUTIONS, INC
Name of Transferee

**RANDSTAND STAFFING SERVICES**
Name of Transferor

Name and Address where notices and payments
to transferee should be sent:

LIQUIDITY SOLUTIONS, INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601
Phone:
(201) 968-0001

Court Claim # (if known): 3643
Amount of Claim: **$38,754.86**
Date Claim Filed: 11/04/2008

Phone:_____
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best
of my knowledge and belief.

By:/s/Jeffrey Caress
 Transferee/Transferee's Agent

Date: 10/1/2009

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

## DONLIN, RECANO & CO.

### OCT - 1 2009

o

### CLAIMS PROCESSING DEPT

## TRANSFER NOTICE

RANDSTAD STAFFING SERVICES ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **QUEBECOR WORLD FAIRFIELD INC.** (the "Debtor"), in the aggregate amount of **$38,754.86,** representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. **08-10180**.

IN WITNESS WHEREOF, Assignor has signed below as of the **29th** day of **July**, 2009

RANDSTAD STAFFING SERVICES                LIQUIDITY SOLUTIONS, INC.

(Signature)                                        (Signature)

__**Marcia Holland**__                          **Jeffrey L. Caress, Authorized Signatory**
(Print Name and Title)                          (Print Name and Title)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **QUEBECOR WORLD LOGISTICS INC.**
Case No. **08-10202**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. **3644** (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/1/2009.

Liquidity Solutions Inc.
**Name of Transferee**

**RANDSTAND STAFFING SERVICES**
**Name of Alleged Transferor**

Address of Transferee:
One University Plaza
Suite 312
Hackensack, NJ 07601

Address of Alleged Transferor:
**RANDSTAND STAFFING SERVICES**
**PO BOX 2084**
**CAROL STREAM, IL 60132**

---

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10-1-09

Donlin. Recano & Company, Inc.
as Agent for the
United States Bankruptcy Court-SDNY
**CLERK OF THE COURT**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **QUEBECOR WORLD LOGISTICS INC.**
Case No. **08-10202**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

LIQUIDITY SOLUTIONS, INC
Name of Transferee

**RANDSTAND STAFFING SERVICES**
Name of Transferor

Name and Address where notices and payments to transferee should be sent:

LIQUIDITY SOLUTIONS, INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601
Phone:
(201) 968-0001

Court Claim # (if known): **3644**
Amount of Claim: **$114,062.67**
Date Claim Filed: 11/04/2008

Phone:_____
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Jeffrey Caress
 Transferee/Transferee's Agent

Date: 10/1/2009

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

DONLIN, RECANO & CO.

OCT - 1 2009

CLAIMS PROCESSING DEPT

## TRANSFER NOTICE

RANDSTAD STAFFING SERVICES ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **QUEBECOR WORLD LOGISTICS INC.** (the "Debtor"), in the aggregate amount of **$114,062.67,** representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. **08-10202.**

IN WITNESS WHEREOF, Assignor has signed below as of the **29th** day of **July**, 2009

RANDSTAD STAFFING SERVICES                    LIQUIDITY SOLUTIONS, INC.


_____                        _____
(Signature)                                    (Signature)

**Marcia Holland**                              **Jeffrey L. Caress, Authorized Signatory**
(Print Name and Title)                          (Print Name and Title)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **QUEBECOR WORLD EUSEY PRESS INC.**
Case No. **08-10195**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. **3645**   (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/1/2009.

| | |
|---|---|
| Liquidity Solutions Inc. | **RANDSTAND STAFFING SERVICES** |
| **Name of Transferee** | **Name of Alleged Transferor** |
| | |
| Address of Transferee: | Address of Alleged Transferor: |
| One University Plaza | **RANDSTAND STAFFING SERVICES** |
| Suite 312 | **PO BOX 2084** |
| Hackensack, NJ 07601 | **CAROL STREAM, IL 60132** |

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10-1-09

Donlin, Recano & Company, Inc.
as Agent for the
United States Bankruptcy Court-SDNY
**CLERK OF THE COURT**

0

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **QUEBECOR WORLD EUSEY PRESS INC.**
Case No. **08-10195**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer,
other than for security, of the claim referenced in this notice.

LIQUIDITY SOLUTIONS, INC
Name of Transferee

**RANDSTAND STAFFING SERVICES**
Name of Transferor

Name and Address where notices and payments
to transferee should be sent:

LIQUIDITY SOLUTIONS, INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601
Phone:
(201) 968-0001

Court Claim # (if known): 3645
Amount of Claim: **$250,343.29**
Date Claim Filed: 11/04/2008

Phone:_____
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best
of my knowledge and belief.

By:/s/Jeffrey Caress
 Transferee/Transferee's Agent

Date: 10/1/2009

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

DONLIN, RECANO & CO.

OCT - 1 2009

CLAIMS PROCESSING DEPT

# TRANSFER NOTICE

RANDSTAD STAFFING SERVICES ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **QUEBECOR WORLD EUSEY PRESS INC.** (the "Debtor"), in the aggregate amount of **$250,343.29,** representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. **08-10195**.

IN WITNESS WHEREOF, Assignor has signed below as of the **29th** day of **July**, 2009

RANDSTAD STAFFING SERVICES

LIQUIDITY SOLUTIONS, INC.

(Signature)

(Signature)

**Marcia Holland**
(Print Name and Title)

**Jeffrey L. Caress, Authorized Signatory**
(Print Name and Title)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **QUEBECOR WORLD LOGISTICS INC.**
Case No. **08-10202**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. **3647**   (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/1/2009.

| | |
|---|---|
| Liquidity Solutions Inc. | **RANDSTAND STAFFING SERVICES** |
| **Name of Transferee** | **Name of Alleged Transferor** |
| | |
| Address of Transferee: | Address of Alleged Transferor: |
| One University Plaza | **RANDSTAND STAFFING SERVICES** |
| Suite 312 | **PO BOX 2084** |
| Hackensack, NJ 07601 | **CAROL STREAM, IL 60132** |

---

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Donlin, Recano & Company, Inc.
as Agent for the
United States Bankruptcy Court-SDNY
**CLERK OF THE COURT**

Date: 10-1-09

#1949
10-1-09

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **QUEBECOR WORLD LOGISTICS INC.**
Case No. **08-10202**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer,
other than for security, of the claim referenced in this notice.

LIQUIDITY SOLUTIONS, INC
Name of Transferee

**RANDSTAND STAFFING SERVICES**
Name of Transferor

Name and Address where notices and payments
to transferee should be sent:

Court Claim # (if known): 3647
Amount of Claim: **$125,865.63**
Date Claim Filed: 11/4/2008

LIQUIDITY SOLUTIONS, INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601
Phone:
(201) 968-0001

Phone:_____
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best
of my knowledge and belief.

By:/s/Jeffrey Caress
Transferee/Transferee's Agent

Date: 10/1/2009

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

DONLIN, RECANO & CO.

OCT - 1 2009                    o

CLAIMS PROCESSING DEPT

# TRANSFER NOTICE

RANDSTAD STAFFING SERVICES ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **QUEBECOR WORLD LOGISTICS INC.** (the "Debtor"), in the aggregate amount of **$125,865.63,** representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. **08-10202.**

IN WITNESS WHEREOF, Assignor has signed below as of the **29th** day of **July,** 2009

RANDSTAD STAFFING SERVICES

(Signature)

**Marcia Holland**
(Print Name and Title)

LIQUIDITY SOLUTIONS, INC.

(Signature)

**Jeffrey L. Caress, Authorized Signatory**
(Print Name and Title)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **QUEBECOR WORLD SAN JOSE INC.**
Case No. **08-10159**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. **3648** (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/1/2009.

Liquidity Solutions Inc.
**Name of Transferee**

Address of Transferee:
One University Plaza
Suite 312
Hackensack, NJ 07601

**RANDSTAND STAFFING SERVICES**
**Name of Alleged Transferor**

Address of Alleged Transferor:
**RANDSTAND STAFFING SERVICES**
**PO BOX 2084**
**CAROL STREAM, IL 60132**

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10-1-09

Donlin, Recano & Company, Inc.
as Agent for the
United States Bankruptcy Court-SDNY

**CLERK OF THE COURT**

0

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **QUEBECOR WORLD SAN JOSE INC.**
Case No. **08-10159**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

LIQUIDITY SOLUTIONS, INC
Name of Transferee

**RANDSTAND STAFFING SERVICES**
Name of Transferor

Name and Address where notices and payments
to transferee should be sent:

LIQUIDITY SOLUTIONS, INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601
Phone:
(201) 968-0001

Court Claim # (if known): 3648
Amount of Claim: **$3,616.45**
Date Claim Filed: 11/04/2008

Phone:_____
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Jeffrey Caress
 Transferee/Transferee's Agent

Date: 10/1/2009

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

DONLIN, RECANO & CO.

OCT - 1 2009          o

CLAIMS PROCESSING DEPT

# TRANSFER NOTICE

RANDSTAD STAFFING SERVICES ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **QUEBECOR WORLD SAN JOSE INC.** (the "Debtor"), in the aggregate amount of **$3,616.45,** representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. **08-10159.**

IN WITNESS WHEREOF, Assignor has signed below as of the **29th** day of **July,** 2009

RANDSTAD STAFFING SERVICES                LIQUIDITY SOLUTIONS, INC.


_____                 _____
(Signature)                               (Signature)


**Marcia Holland**                        **Jeffrey L. Caress, Authorized Signatory**
(Print Name and Title)                    (Print Name and Title)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **QUEBECOR WORLD KRI INC.**
Case No. **08-10201**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. **3649** (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/1/2009.

Liquidity Solutions Inc.
**Name of Transferee**

**RANDSTAND STAFFING SERVICES**
**Name of Alleged Transferor**

Address of Transferee:
One University Plaza
Suite 312
Hackensack, NJ 07601

Address of Alleged Transferor:
**RANDSTAND STAFFING SERVICES**
**PO BOX 7247-0307**
**PHILADELPHIA, PA 19170-0307**

~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Donlin, Recano & Company, Inc.
as Agent for the
United States Bankruptcy Court-SDNY

Date: 10-1-09

**CLERK OF THE COURT**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **QUEBECOR WORLD KRI INC.**
Case No. **08-10201**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer,
other than for security, of the claim referenced in this notice.

LIQUIDITY SOLUTIONS, INC
Name of Transferee

**RANDSTAND STAFFING SERVICES**
Name of Transferor

Name and Address where notices and payments
to transferee should be sent:

LIQUIDITY SOLUTIONS, INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601
Phone:
(201) 968-0001

Court Claim # (if known): 3649
Amount of Claim: **$4,058.32**
Date Claim Filed: 11/04/2008

Phone:_____
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best
of my knowledge and belief.

By:/s/Jeffrey Caress
 Transferee/Transferee's Agent

Date: 10/1/2009

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

DONLIN, RECANO & CO.

OCT - 1 2009

CLAIMS PROCESSING DEPT

## TRANSFER NOTICE

RANDSTAD STAFFING SERVICES ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **QUEBECOR WORLD KRI INC.** (the "Debtor"), in the aggregate amount of **$4,058.32,** representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. **08-10201.**

IN WITNESS WHEREOF, Assignor has signed below as of the **29th** day of **July,** 2009

RANDSTAD STAFFING SERVICES

LIQUIDITY SOLUTIONS, INC.

_____
(Signature)

_____
(Signature)

**Marcia Holland**
(Print Name and Title)

**Jeffrey L. Caress, Authorized Signatory**
(Print Name and Title)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **QUEBECOR WORLD MID-SOUTH PRESS CORPORATION**
Case No. **08-10203**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. **3674** (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/1/2009.

Liquidity Solutions Inc.
**Name of Transferee**

**RANDSTAND STAFFING SERVICES**
**Name of Alleged Transferor**

Address of Transferee:
One University Plaza
Suite 312
Hackensack, NJ 07601

Address of Alleged Transferor:
**RANDSTAND STAFFING SERVICES**
**PO BOX 2084**
**CAROL STREAM, IL 60132**

---

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Donlin Recano & Company, Inc.
as Agent for the
United States Bankruptcy Court-SDNY

Date: 10-1-09

**CLERK OF THE COURT**

0

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **QUEBECOR WORLD MID-SOUTH PRESS CORPORATION**
Case No. **08-10203**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer,
other than for security, of the claim referenced in this notice.

LIQUIDITY SOLUTIONS, INC
Name of Transferee

**RANDSTAND STAFFING SERVICES**
Name of Transferor

Name and Address where notices and payments
to transferee should be sent:

LIQUIDITY SOLUTIONS, INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601
Phone:
(201) 968-0001

Court Claim # (if known):  3674
Amount of Claim: **$10,757.98**
Date Claim Filed: 11/04/2008

Phone:_____ _____
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best
of my knowledge and belief.

By:/s/Jeffrey Caress
 Transferee/Transferee's Agent

Date: 10/1/2009

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

DONLIN, RECANO & CO.

OCT - 1 2009          o

CLAIMS PROCESSING DEPT

# TRANSFER NOTICE

RANDSTAD STAFFING SERVICES ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **QUEBECOR WORLD MID-SOUTH PRESS CORPORATION** (the "Debtor"), in the aggregate amount of **$10,757.98,** representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 08-10203

IN WITNESS WHEREOF, Assignor has signed below as of the **29th** day of **July**, 2009

RANDSTAD STAFFING SERVICES                    LIQUIDITY SOLUTIONS, INC.


_____                      _____
(Signature)                                    (Signature)

**Marcia Holland**                             **Jeffrey L. Caress, Authorized Signatory**
(Print Name and Title)                         (Print Name and Title)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **QUEBECOR WORLD MAGNA GRAPHIC INC.**
Case No. **08-10188**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. **3676** (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/1/2009.

| | |
|---|---|
| Liquidity Solutions Inc.<br>**Name of Transferee** | **RANDSTAND STAFFING SERVICES**<br>**Name of Alleged Transferor** |
| Address of Transferee:<br>One University Plaza<br>Suite 312<br>Hackensack, NJ 07601 | Address of Alleged Transferor:<br>**RANDSTAND STAFFING SERVICES**<br>**PO BOX 7247-0307**<br>**PHILADELPHIA, PA 19170-0307** |

## ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: **10-1-09**

Donlin. Recano & Company, Inc.
as Agent for the
United States Bankruptcy Court-SDNY
**CLERK OF THE COURT**

0

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **QUEBECOR WORLD MAGNA GRAPHIC INC.**
Case No. **08-10188**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer,
other than for security, of the claim referenced in this notice.

LIQUIDITY SOLUTIONS, INC
Name of Transferee

**RANDSTAND STAFFING SERVICES**
 Name of Transferor

Name and Address where notices and payments
to transferee should be sent:

LIQUIDITY SOLUTIONS, INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601
Phone:
(201) 968-0001

Court Claim # (if known): 3676
Amount of Claim: **$2,134.90**
Date Claim Filed: 11/04/2008

Phone:_____
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best
of my knowledge and belief.

By:/s/Jeffrey Caress
 Transferee/Transferee's Agent

Date: 10/1/2009

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

DONLIN, RECANO & CO.

OCT – 1 2009

CLAIMS PROCESSING DEPT

# TRANSFER NOTICE

RANDSTAD STAFFING SERVICES ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **QUEBECOR WORLD MAGNA GRAPHIC INC.** (the "Debtor"), in the aggregate amount of **$2,134.90,** representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. **08-10188.**

IN WITNESS WHEREOF, Assignor has signed below as of the **29th** day of **July**, 2009

RANDSTAD STAFFING SERVICES

LIQUIDITY SOLUTIONS, INC.

(Signature)

(Signature)

**Marcia Holland**
(Print Name and Title)

**Jeffrey L. Caress, Authorized Signatory**
(Print Name and Title)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **QUEBECOR WORLD FAIRFIELD INC.**
Case No. **08-10180**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. **3677**  (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/1/2009.

Liquidity Solutions Inc.
**Name of Transferee**

**RANDSTAND STAFFING SERVICES**
**Name of Alleged Transferor**

Address of Transferee:
One University Plaza
Suite 312
Hackensack, NJ 07601

Address of Alleged Transferor:
**RANDSTAND STAFFING SERVICES**
**PO BOX 2084**
**CAROL STREAM, IL 60132**

---

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _10⁷-09_

as Agent for the
United States Bankruptcy Court-SDNY

**CLERK OF THE COURT**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **QUEBECOR WORLD FAIRFIELD INC.**
Case No. **08-10180**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer,
other than for security, of the claim referenced in this notice.

LIQUIDITY SOLUTIONS, INC
Name of Transferee

**RANDSTAND STAFFING SERVICES**
Name of Transferor

Name and Address where notices and payments
to transferee should be sent:

LIQUIDITY SOLUTIONS, INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601
Phone:
(201) 968-0001

Court Claim # (if known): 3677
Amount of Claim: **$14,567.92**
Date Claim Filed: 11/04/2008

Phone:_____
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best
of my knowledge and belief.

By:/s/Jeffrey Caress
 Transferee/Transferee's Agent

Date: 10/1/2009

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

DOHLIN, RECANO & CO.

OCT - 1 2009

CLAIMS PROCESSING DEPT

## TRANSFER NOTICE

RANDSTAD STAFFING SERVICES ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **QUEBECOR WORLD FAIRFIELD INC.** (the "Debtor"), in the aggregate amount of **$14,567.92,** representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. **08-10180.**

IN WITNESS WHEREOF, Assignor has signed below as of the **29th** day of **July**, 2009

RANDSTAD STAFFING SERVICES

(Signature)

**Marcia Holland**
(Print Name and Title)

LIQUIDITY SOLUTIONS, INC.

(Signature)

**Jeffrey L. Caress, Authorized Signatory**
(Print Name and Title)