STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 537-0409
Telecopier: (610) 371-1237
Constantine D. Pourakis (cp@stevenslee.com)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> **QUEBECOR WORLD (USA),** *et al.*, <br><br> **Debtors.** | **Chapter 11** <br> **Case No. 08-10152 (JMP)** <br><br> **(Jointly Administered)** |

**VERIFIED STATEMENT OF STEVENS & LEE, P.C. PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Stevens & Lee, P.C. ("S&L") submits this verified statement in accordance with Rule 2019(a) of the Federal Rules of Bankruptcy Procedure.

1. S&L appears in these cases on behalf of creditors and parties-in-interest listed below (collectively, the "Entities"):

> Valley Industrial Rubber Products Co., Inc.
> 3 South Commerce Way
> Bethlehem, PA 18017
>
> Actega Kelstar, Inc.
> 950 S. Chester Avenue,
> Suite B2 Delran, NJ 08075
>
> International Business Machines Corporation dba IBM
> 71 South Wacker Drive
> Chicago, IL 60606
>
> Infoprint Solutions Company, LLC
> c/o International Business Machines Corporation dba IBM
> 71 South Wacker Drive, Chicago, IL 60606

Craft Propane, Inc.
3203 Dan Avenue, PO Box 15105
Jonesboro, Arkansas 72401

Samuel Strapping Systems, Inc.
1401 Davey Road, Suite 300
Woodridge, IL 60517

RGB Mechanical Contractors, Inc.
4221 East Johnson P.O. Box 1927
Jonesboro, AR 72403

2. The Entities have claims against and/or interests in one or more of the above-captioned debtors (the "Debtors). The Entities are creditors to the Debtors, as more fully described in the respective Complaints in the adversary proceeding styled (i) *Eugene I. Davis, as Litigation Trustee for the Quebecor World Litigation Trust v. Valley Industrial Rubber Products Co., Inc.,* Adv. P. No. 10-01206; (ii) *Eugene I. Davis, as Litigation Trustee for the Quebecor World Litigation Trust v. Actega Kelstar, Inc.,* Adv. P. No. 10-01230; (iii) *Eugene I. Davis, as Litigation Trustee for the Quebecor World Litigation Trust v. International Business Machines Corporation dba IBM*, Adv. P. No. 10-01070; (iv) *Eugene I. Davis, as Litigation Trustee for the Quebecor World Litigation Trust v. Infoprint Solutions Company, LLC*, Adv. P. No. 10-01074; (v) *Eugene I. Davis, as Litigation Trustee for the Quebecor World Litigation Trust v. Craft Propane Inc.,* Adv. P. No. 08-01574; (vi) *Eugene I. Davis, as Litigation Trustee for the Quebecor World Litigation Trust v. Samuel Strapping Systems, Inc.,* Adv. P. No. 10-01288; and (vii) *Eugene I. Davis, as Litigation Trustee for the Quebecor World Litigation Trust v. RGB Mechanical Contractors, Inc.,* Adv. P. No. 10-01909.

3. S&L reserves the right to supplement this statement at any time in the future.

4. Each of the Entities has separately retained S&L to represent their interests in connection with the above-captioned cases.

5. Upon information and belief formed after due inquiry, S&L does not hold any claims against or equity interests in any of the Debtors.

6. S&L makes this Verified Statement solely for disclosure purposes pursuant to Rule 2019, and nothing herein is, or should be construed as, an admission, acknowledgment, or waiver by the Entities.

7. The undersigned hereby verifies under oath that this Verified Statement is true and accurate, to the best of the undersigned's knowledge, information and belief.

Dated: New York, New York
March 5, 2010

By: /s/ Constantine D. Pourakis
Constantine D. Pourakis
485 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 537-0409
Telecopier: (610) 371-1237
Email: cp@stevenslee.com