William J. Factor (IL 6205675)
Sara E. Lorber (IL 6229740)
**THE LAW OFFICE OF**
   **WILLIAM J. FACTOR, LTD.**
1363 Shermer Road, Suite 224
Northbrook, Illinois 60062
Tel:   (847) 239-7248
Fax:   (847) 574-8233
Email: wfactor@wfactorlaw.com
       slorber@wfactorlaw.com
*Counsel for UPM-Kymmene, Inc*.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) (Jointly Administered) |
| QUEBECOR WORLD (USA) INC., *et al*. | ) |
| | ) Case No. 08-10152-JMP |
| Debtors. | ) |
| | ) |
| | ) |
| | ) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Sara E. Lorber, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent UPM Kymmene, Inc., a creditor and party-in-interest, in the above captioned cases.

I certify that I am a member in good standing of the bar of the State of Illinois and the bar of the United States District Court for the Northern District of Illinois.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: March 4, 2010
Chicago, Illinois                    Respectfully submitted,


                                     By: /s/ Sara E. Lorber
                                         **THE LAW OFFICE OF**
                                             **WILLIAM J. FACTOR, LTD.**
                                         1363 Shermer Road, Suite 224
                                         Northbrook, Illinois 60062
                                         Tel:     (847) 239-7248
                                         Fax:     (847) 574-8233
                                         Email:   wfactor@wfactorlaw.com