FOX ROTHSCHILD LLP
Fred Stevens
Kathleen Aiello
100 Park Avenue, 15th Floor
New York, New York 10017
(212) 878-7900

Raymond M. Patella
Fox Rothschild LLP
1301 Atlantic Avenue
Midtown Building – Suite 400
Atlantic City, New Jersey 08401
(609) 572-2254

*Attorneys for Defendant, AmeriGas Propane, L.P.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| QUEBECOR WORLD (USA), INC., et al., | : | Case No. 08-10152 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

--------------------------------------------------------x

## APPLICATION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*, OF RAYMOND M. PATELLA

I, Raymond M. Patella, hereby request permission to appear *pro hac vice* on behalf of AmeriGas Propane, L.P., in the above referenced case. My office address and office telephone number are as follows:

| | |
|---|---|
| Office Address: | FOX ROTHSCHILD LLP<br>1301 Atlantic Avenue<br>Midtown Building, Suite 400<br>Atlantic City, NJ 08401 |
| Office Telephone No.: | (609) 572-2254 |
| Office Facsimile No.: | (609) 348-6834 |
| E-mail address: | rpatella@foxrothschild.com |

The state courts to which admitted I am admitted to practice and the dates of admission are as follows:

| Court | Admitted |
|---|---|
| State of New Jersey | 1996 |
| District of Columbia (Bar No. 459366) | 1998 |
| Commonwealth of Pennsylvania (Bar No. 79030) | 1997 |

I am also admitted to practice before the following Federal Courts:

| | |
|---|---|
| U.S. District Court for the Eastern District of PA | 1997 |
| U.S. District Court for the Middle District of PA | 2008 |
| U.S. District Court for the District of New Jersey | 1996 |
| U.S. District Court for the Eastern District of Michigan | 2008 |
| U.S. District Court for the District of Columbia | 2009 |

I am in good standing and eligible to practice in all courts to which admitted.

I agree to pay the fee of $25 upon approval by this Court admitting me to practice in this case *pro hac vice*.

I make the foregoing statements under penalty of perjury.

Dated:  Atlantic City, New Jersey
March 8, 2010

*/s/ Raymond M. Patella*
Raymond M. Patella
Fox Rothschild LLP
1301 Atlantic Avenue
Midtown Building – Suite 400
Atlantic City, New Jersey 08401
(609) 572-2254

2