**BRYAN CAVE LLP**
Michelle McMahon (MM 8130)
1290 Avenue of the Americas
New York, New York 10104-3300
(212) 541-2000 Telephone
(212) 541-4630 Facsimile
E-mail: michelle.mcmahon@bryancave.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Bk. No. 08-10152-JMP |
| | (Jointly Administered) |
| Quebecor World (USA), et al., | |
| | Chapter 11 |
| Debtors. | |
| | Honorable James M. Peck |

**VERIFIED STATEMENT OF BRYAN CAVE LLP**
**PURSUANT TO BANKRUPTCY RULE 2019**

BRYAN CAVE LLP ("Bryan Cave") makes the following statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

1. <u>Names and Addresses of Parties in Interest Represented by Bryan Cave</u>. Bryan Cave represents the following parties-in-interest in the above-captioned bankruptcy proceedings (collectively, the "Parties"):

       A.    Kimberly-Clark Corporation
             Attn: Thomas J. Falk, Chief Executive Officer
             351 Phelps Drive
             Irving, TX 75038

       B.    Neenah Paper, Inc.
             Attn: Sean Erwin, Chief Executive Officer
             3460 Preston Ridge Road
             Suite 600
             Alpharetta, GA 30005

       C.    Saia Motor Freight Line, LLC
             Attn: Richard D. O'Dell, Chief Executive Officer
             11465 Johns Creek Pkwy., Ste. 400
             Duluth, GA 30097

D. RTS Financial Service, Inc.
Jim Maurer, General Counsel
8601 Monrovia
Lenexa, Kansas 66215

2. <u>The Nature of the Claims of the Parties</u>. Plaintiff has initiated separate adversary proceedings in these bankruptcy cases (the "Litigation") against the above-named Parties. Neenah Paper, Inc. has also filed a claim in the case in the amount of $55,251.37, which claim was acquired more than a year prior to the filing of the case or arose in the ordinary course of business between the parties prior to the petition date. Bryan Cave cannot, at this time, specify the amount and/or nature of any claims held by the Parties against the Debtors as a result of the Litigation. Bryan Cave reserves the right to supplement this statement as and when it is able to specify the amount and type of claims held by the Parties.

3. <u>Retention of Bryan Cave</u>. Bryan Cave has been retained by each of the Parties separately and not as a group.

4. <u>Claims or Interests Owned by Bryan Cave</u>. Upon information and belief formed after due inquiry, Bryan Cave does not own, nor has it ever owned any claim whatsoever against the Debtors, nor does it hold any equity security interest in the Debtors.

Dated: March 16, 2010                     BRYAN CAVE LLP

                                                                /s/ Michelle McMahon
Michelle McMahon (MM 8130)
1290 Avenue of the Americas
New York, New York 10104-3300
(212) 541-2000 Telephone
(212) 541-4630 Facsimile
E-mail: <u>Michelle.Mcmahon@bryancave.com</u>

Counsel to Kimberly Clark Corporation,
Neenah Paper, Inc., RTS Financial Service, Inc. and
Saia Motor Transport, LLC

## VERIFICATION PURSUANT TO 28 U.S.C. § 1746

I declare under penalty of perjury that the facts set forth in the annexed Bankruptcy Rule 2019 Statement regarding Bryan Cave LLP are true and correct.

Executed on March 16, 2010.

                                              /s/ Michelle McMahon
                                           Michelle McMahon

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2010, a copy of the foregoing *Verified Statement of Bryan Cave LLP Pursuant to Bankruptcy Rule 2019* was electronically filed through CM/ECF and served electronically on all parties accepting Notice of Electronic Filing.

                                                /s/ Michelle McMahon
                                       Michelle McMahon (MM 8130)