UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                          Chapter 11

QUEBECOR WORLD (USA), INC., et al.,         Case No. 08-10152 (JMP)

                          Debtor.
------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE*
## OF JAAFAR RIAZI

      UPON the motion of Jaafar Riazi dated March 25, 2010, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

      **ORDERED**, that Jaafar Riazi is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       April 1, 2010

                                              *s/ James M. Peck*
                                         UNITED STATES BANKRUPTCY JUDGE