UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                Chapter 11

QUEBECOR WORLD (USA), INC., et al.,                  Case No. 08-10152 (JMP)

                              Debtor.
-----------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE*
## OF PAULA JACOBI

UPON the motion of Paula Jacobi dated March 25, 2010, for admission *pro hac vice* in

this bankruptcy proceeding; it is hereby

**ORDERED**, that Paula Jacobi is admitted to practice, *pro hac vice* in the above

referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of

New York, subject to payment of the filing fee.


Dated: New York, New York
          April 1, 2010

                                             s/ *James M. Peck*
                                             UNITED STATES BANKRUPTCY JUDGE