Glenn Kramer (GK6708)
SCHINDEL, FARMAN, LIPSIUS
GARDNER & RABINOVICH LLP
14 Penn Plaza, Suite 500
New York, NY 10122
(212) 563-1710
*Attorneys for Defendant John J. Jerue*
*Transportation, Inc. s/h/a John J. Jerue Transportation,*
*Inc. dba John J. Jerue Transportation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re: Quebecor World (USA) Inc., et al.,

          Debtors.

---

Eugene I. Davis, as Litigation Trustee for the Quebecor World Litigation Trust,

          Plaintiff,

vs.

John J. Jerue Transportation, Inc. dba John J Jerue Transportation

          Defendants

---

Bankruptcy Case No.: 08-10152-JMP
Chapter 11
Honorable James M. Peck
Adv No.

**SUBSTITUTION OF ATTORNEY**

**IT IS HEREBY STIPULATED AND AGREED** that Glenn Kramer of the law firm of Schindel, Farman, Lipsius, Gardner & Rabinovich LLP of 14 Penn Plaza, New York, NY 10122, be substituted as attorney of record for defendant John J. Jerue Transportation, Inc. dba John J Jerue Transportation in the above-entitled action in place and stead of Ira Lipsius, of the law firm of Schindel, Farman, Lipsius, Gardner & Rabinovich LLP of 14 Penn Plaza, New York, NY 10122.

**IT IS FURTHER CONSENTED** that a fax signature shall have the same force and effect as an original.

Dated: August 3, 2010
      New York, New York

SCHINDEL, FARMAN, LIPSIUS,            SCHINDEL, FARMAN, LIPSIUS,
  GARDNER & RABINOVICH, LLP              GARDNER & RABINOVICH, LLP

By: _s/ Glenn Kramer_____                    By: _s/ Ira Lipsius_____
      Glenn Kramer, Esq.                              Ira Lipsius, Esq.
14 Penn Plaza, Suite 500                    14 Penn Plaza, Suite 500
New York, New York 10122               New York, New York 10122
(212) 563-1710                                        (212) 563-1710