**ASK FINANCIAL LLP**
Joseph L. Steinfeld, Jr., Esq.
(*Admitted Pro Hac Vice*)
John T. Siegler, Esq.
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
**Telephone:** (651) 406-9665 ext. 850 **Fax:** (651) 406-9676
**e-mail**: jsteinfeld@askfinancial.com

Edward E. Neiger, Esq.
317 Madison Avenue
21st Floor
New York, New York 10017
**Telephone:** (212) 267-7342 **Fax:** (212) 918-3427
**e-mail**: eneiger@askfinancial.com

Attorneys For Plaintiff, Eugene I. Davis, as Litigation Trustee for the Quebecor World Litigation Trust

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Quebecor World (USA), Inc., et. al. [1] | : | **Case No: 08-10152 - JMP** |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Honorable James M. Peck |
| | : | |
| | : | |

**AGENDA OF MATTERS SCHEDULED FOR HEARING ON**
**AUGUST 26, 2010 AT 10:00 A.M.**

**Location of Hearing:** United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, One Bowling Green, New York, New York 10004

---

[1] The Debtors are the following entities: Quebecor World (USA) Inc., Quebecor Printing Holding Company, Quebecor World Capital Corporation, Quebecor World Capital II GP, Quebecor World Capital II LLC, WCZ, LLC, Quebecor World Lease GP, Quebecor World Lease LLC, QW Memphis Corp., The Webb Company, Quebecor World Printing (USA) Corp., Quebecor World Loveland Inc., Quebecor World Systems Inc., Quebecor World San Jose Inc., Quebecor World Buffalo Inc., Quebecor World Johnson & Hardin Co., Quebecor World Northeast Graphics Inc., Quebecor World UP / Graphics Inc., Quebecor World Great Western Publishing Inc., Quebecor World DB Acquisition Corp., WCP-D, INC., Quebecor World Taconic Holdings Inc., Quebecor World Retail Printing Corporation, Quebecor World Arcata Corp., Quebecor World Nevada Inc., Quebecor World Atglen Inc., Quebecor World Krueger Acquisition Corp., Quebecor World Book Services LLC, Quebecor World Dubuque Inc., Quebecor World Pendell Inc., Quebecor World Fairfield Inc., QW New York Corp., Quebecor World Dallas II Inc., Quebecor World Nevada II LLC, Quebecor World Dallas, L.P., Quebecor World Mt. Morris II LLC, Quebecor World Petty Printing Inc., Quebecor World Hazleton Inc., Quebecor World Olive Branch Inc., Quebecor World Dittler Brothers Inc., Quebecor World Atlanta II LLC, Quebecor World RAI Inc., Quebecor World KRI Inc., Quebecor World Century Graphics Corporation, Quebecor World Waukee Inc., Quebecor World Logistics Inc., Quebecor World Mid-South Press Corporation, Quebecor Printing Aviation Inc., Quebecor World Eusey Press Inc., Quebecor World Infiniti Graphics Inc., Quebecor World Magna Graphic Inc., Quebecor World Lincoln Inc, and Quebecor World Memphis LLC.

**UNCONTESTED MATTERS**

1. Eugene I. Davis, As Litigation Trustee for the Quebecor World Litigation Trust Avoidance Action Status Report for the August 26, 2010 Status Conference filed concurrently herewith.

   Related Documents: None

   Objection Deadline: N/A

   Objections Received: N/A

   Status: Matter will be going forward


2. Motion of Eugene I. Davis, Litigation Trustee for an Order (I) Authorizing, But Not Directing the Trustee to Employ APS International as His Agent to Serve Certain Summonses and Complaints Upon the Defendants in Certain Adversary Proceedings Involving Foreign Defendant, (II) Finding that the Deadline to Serve the Summonses and Complaints Does Not Apply to the Adversary Proceedings, (III) That the Trustee Has at Least a Year to Serve the Summonses and Complaints (IV) Setting a Deadline for Each of the Defendants to File an Answer or Otherwise Respond to the Complaint, and (V) Schedule the Initial Pretrial Conference for the Adversary Proceedings.

   Related Documents: None

   Objection Deadline: August 12, 2010

   Objections Received: None

   Status: Matter will be going forward. Plaintiff requests entry of Proposed Order.

**CONTESTED MATTERS**

3. Pre-Motion Conference

   Related Documents: Letter to Honorable Judge Peck dated August 17, 2010. Letter requested a pre-motion conference regarding certain adversary defendants' lack of response to Plaintiff's discovery requests.

   Objection Deadline: August 16, 2010

   Objections Received: Plaintiff reached resolution with certain defendants. Remaining Defendants no objection was received.

   Status: Matter will be going forward. Plaintiff requests permission to file Motion for Default against Defendants who have failed to seek extension and have failed to answer

discovery.

4. Motion to Dismiss Adversary Proceeding
   Eugene I. Davis v. QVC, Inc. dba QVC Network
   Adversary Proceeding Number: 10-02527

Related Documents: Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss

Objection Deadline:  N/A

Objections Received: N/A

Status: Matter will be going forward. Plaintiff requests Defendant's Motion to Dismiss be denied.

Dated: August 19, 2010

                                 A/S/K FINANCIAL LLP

                By     /s/   *Joseph L. Steinfeld, Jr.*_____

                          Joseph L. Steinfeld, Jr., Esq. (*Admitted Pro Hac Vice*),
                          John T. Siegler, Esq.
                          Gary D. Underdahl, Esq. (*Admitted Pro Hac Vice*),
                          Alex Govze, Esq. (*Admitted Pro Hac Vice*),
                          2600 Eagan Woods Drive, Suite 400
                          St. Paul, MN  55121
                          **Telephone:** (651) 406-9665  ext. 850  **Fax:** (651) 406-9676
                          **e-mail**: jsteinfeld@askfinancial.com

                          Edward E. Neiger, Esq.
                          317 Madison Avenue
                          21st Floor
                          New York, New York 10017
                          **Telephone:** (212) 267-7342    **Fax:** (212) 918-3427
                          **e-mail**:  eneiger@askfinancial.com


                          Attorneys For Plaintiff, Eugene I. Davis, as Litigation
                          Trustee for the Quebecor World Litigation Trust