**Hearing Date: September 23, 2010 at 10:00 a.m.**

ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022-4690
Telephone: (212) 715-1000
Facsimile: (212) 715-1399
Michael J. Canning

*Counsel for the Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Quebecor World (USA) Inc., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-10152 (JMP)<br>Jointly Administered<br><br>Honorable James M. Peck |

**AGENDA FOR HEARING
SCHEDULED FOR SEPTEMBER 23, 2010**

**Location of Hearing:**

United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 601, One Bowling Green, New York, New York 10004.

1. Reorganized Debtors Motion Pursuant To Federal Rule Of Bankruptcy Procedure 9019 Seeking Approval Of (I) The Settlement Agreement Among The Reorganized Debtors, The United States, The State Of Illinois, The Keystone PRP Group, Lenz PRP Group And Ringier A.G; And (II) Assumption Of The Specified Environmental Contracts, As Modified [Docket # 4076]

    Related Documents:

    Response Deadline:          September 13, 2010

    Responses:                  United States' Memorandum in Support of Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 Seeking Approval of Settlement Agreement Among the

|   | Reorganized Debtors, the United States, the State of Illinois, the Keystone PRP Group, Lenz PRP Group and Ringier A.G. [Docket # 4128] |
|---|---|
| Status: | This matter is going forward. |

2. Reorganized Debtors' Third Omnibus Convenience Claims Motion (Seeking To Allow Certain Elected Convenience Class Claims) [Docket # 4081]

   Related Documents:

   | Response Deadline: | September 13, 2010 |
   |---|---|
   | Responses: | None |
   | Status: | Jani-King (Claims Nos. 5070 and 5072) has been removed from this Exhibit; this matter is otherwise going forward. |

3. Reorganized Debtors' Fourth Omnibus Convenience Claims Motion (Seeking To Allow Convenience Claims As Filed By Holders Thereof) [Docket # 4083]

   Related Documents:

   | Response Deadline: | September 13, 2010 |
   |---|---|
   | Responses: | None |
   | Status: | Indoff Inc. (Claim No. 2336) has been transferred from the Exhibit attached to Docket No. 4089 and added to this Exhibit; this matter is going forward. |

4. Reorganized Debtors' Twenty-Second Omnibus Objection To Claims (Seeking To Expunge Certain Duplicate And/Or Wrong Debtor Claims) [Docket # 4085]

   Related Documents:

   | Response Deadline: | September 13, 2010 |
   |---|---|
   | Responses: | Response of TC Air-T Industrial, LLC to Reorganized Debtors' Twenty-Second Omnibus Objection to Claims Regarding Claim Numbers 3737 and 3744 [Docket # 4123]; Amended Response of TC Air-T Industrial, LLC to Reorganized Debtors' Twenty-Second Omnibus Objection to Claims Regarding Claim Numbers 3737and 3744 [Docket # 4140]. |

|   |   |   |
|---|---|---|
| | Status: | Virginia Rigging (Claim No. 2368), Virginia Riggers (Claim No. 3398) and NYC Dept. of Finance (Claim No. 6095) have been removed from Exhibit B; TC Air-T Industrial, LLC (Claim No. 3737) has been removed from Exhibit C; Preprint Logistics Management, Inc. (Claim Nos. 6269, 6278, 6286, 6292, 6345 and 6351) are being added to Exhibit C; and NYC Dept. of Finance (Claim Nos. 9070, 9071, 9068, 9069 and 9072) are being added to Exhibit D; this matter is otherwise going forward. |

5. Reorganized Debtors' Twenty-Third Omnibus Objection To Claims (Seeking To Expunge Certain Duplicate And/Or Wrong Debtor Claims) [Docket # 4087]

   Related Documents:

   |   |   |
   |---|---|
   | Response Deadline: | September 13, 2010 |
   | Responses: | Response of Clyde McDaniel to Debtors' Twenty-Third Omnibus Objection (Seeking the Expunge Certain No Liability Claims and/or Insufficient Support Claims) [Docket # 4117]; and Opposition of Compendium Systems Corporation to the Debtors' Motion to Expunge its Claim Numbered 1670 and Request for Related Relief [Docket No. 4132]. |
   | Status: | Mav Industrial (Claim No. 7205) has been removed from this Exhibit; Clyde McDaniel (Claim No. 8037); Tyanthony Weaver (Claim No. 2570); and Compendium Systems Corporation (Claim No. 1670) are being adjourned; this matter is otherwise going forward. |

6. Reorganized Debtors' Twenty-Fourth Omnibus Objection To Claims (Seeking Transfer Of Claims To Proper Debtor(s) And Allowance Of Claims)[Docket # 4089]

   Related Documents:

   |   |   |
   |---|---|
   | Response Deadline: | September 13, 2010 |
   | Responses: | None. |

| | | |
|---|---|---|
| Status: | | Indoff Inc. (Claim No. 2336) has been removed from this Exhibit and transferred to the Exhibit attached to Docket No. 4083; this matter is otherwise going forward. |

7. Reorganized Debtors' Twenty-Fifth Omnibus Objection To Claims (Seeking To Expunge Certain Invalid Post-Petition Administrative Claims) [Docket # 4091]

   Related Documents:

   Response Deadline:    September 13, 2010

   Responses:    Creditor John Pasquale's Response to Debtor's Twenty-Fifth Omnibus Objection to Claims [Docket # 4121]; Withdrawal of Creditor J.H. Pasquale Consulting's Response to Debtor's Twenty-Fifth Omnibus Objection to Claims [Docket # 4130].

   Status:    This matter is going forward.

8. Reorganized Debtors' Twenty-Sixth Omnibus Objection To Claims (Seeking To Expunge Duplicate And Wrong Debtors Claims; Transfer Of Remaining Claims To Proper Debtor(S) As Applicable; And Allowance Of Remaining Claims) [Docket # 4093]

   Related Documents:

   Response Deadline:    September 13, 2010

   Responses:    None.

   Status:    Virginia Riggers (Claim No. 3398) and Virginia Rigging (Claim No. 1336) have been removed from this Exhibit; this matter is otherwise going forward.

9. Reorganized Debtors' Twenty-Seventh Omnibus Objection To Claims (Seeking To Expunge Certain Amended Claims [Docket # 4095]

   Related Documents:

   Response Deadline:    September 13, 2010

   Responses:    None.

   Status:    This matter is going forward.

10. Reorganized Debtors' Twenty-Eighth Omnibus Objection To Claims (Seeking To Expunge Certain Canadian Claims [Docket # 4097]

   Related Documents:

   Response Deadline:     September 13, 2010

   Responses:             None.

   Status:                Supremex (Claim No. 2528) has been moved from Exhibit B to Exhibit C; this matter is going forward.

11. Reorganized Debtors' Twenty-Ninth Omnibus Objection To Claims (Seeking Partial Disallowance Of Certain Claims To The Extent Not In Accordance With The Debtors' Books And Records; Transfer Of Claims To Proper Debtor(s); And Allowance Of Remaining Claims [Docket # 4099]

   Related Documents:

   Response Deadline:     September 13, 2010

   Responses:             None.

   Status:                Liquidity Solutions, Inc./Northern States (Claim No. 3944) has been removed from this Exhibit; this matter is otherwise going forward.

Dated: New York, New York          Respectfully submitted,
       September 22, 2010
                                   /s/ Michael J. Canning
                                   Michael J. Canning
                                   Rosa Evergreen
                                   ARNOLD & PORTER LLP
                                   399 Park Avenue
                                   New York, New York 10022-4690
                                   Telephone: (212) 715-1000
                                   Facsimile: (212) 715-1399
                                   *Counsel for the Reorganized Debtors*