## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

In re:                         :       Chapter 11

   **QUEBECOR WORLD (USA), INC. et al**   :       Case No: 08-10152 (JMP)
                             :       Jointly Administered
                             :

                   **Debtors**     :

----------------------------------------------------------------X

### DECLARATION OF MAILING NOTIFYING TRANSFEROR(S) AND TRANSFEREE(S)
### REGARDING NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001
### (e) (1) and/or (e) (2)

STATE OF  <u>NEW YORK</u>    )
                        )     SS:

COUNTY OF <u>NEW YORK</u>  )

I, <u>Tina Carr</u> declare:

1.    I am over the age of 18 years and not a party to the within action.

2.    I am employed by Donlin, Recano and Company, Inc., 419 Park Avenue South, Suite 1206, New York, NY 10016.

3.    On the <u>6th</u> day of October, 2010, I received a copy of the Notice of Transfer for the noted Docket No. <u>#4163 through #4178</u> docket maintained by the court for the captioned debtors:

4.    On the <u>7th</u> day of October, 2010, I sent a copy of the Notice of Transfer of claim pursuant to FRBP 3001 (e) (1) or (e) (2) to the Transferor and Transferee via first class mail, postage prepaid and by depositing same in a mail box maintained by the U.S. Postal Service.

5.    I declare under penalty of perjury that the foregoing is true and correct. Executed this <u>7th</u> day of October, 2010 at New York, New York.

By    _Tina Carr_
             Tina Carr

Sworn before me this
<u>7th</u> day of <u>October</u> 2010

_____
Notary Public

ROBERT ROTMAN
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #02RO6211735
COMM. EXP. September 26, 2013

**Form 210B (12/09)**

# United States Bankruptcy Court

#### _____SOUTHERN_____ District of __NEW YORK____

In re QUEBECOR WORLD KRI INC.                    Case No. 08-10201 (JMP)

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __4149__ (if known) was filed or deemed filed under 11 U.S.C. §1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10-6-10 (date).

PACIFIC PACKAGING
Name of Alleged Transferor

Address of Alleged Transferor:
24 INDUSTRIAL WAY, PO BOX 697
WILMINGTON, MA 01887

LIQUIDITY SOLUTIONS, INC.
Name of Transferee

Address of Transferee:
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

#### ~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within **twenty-one (21)** days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Donlin Recano & Company, Inc.
as Agent for the
United States Bankruptcy Court-SDNY

Date: 10-6-10

CLERK OF THE COURT

**Form 210B (12/09)**

# United States Bankruptcy Court

_____SOUTHERN_____ District of __NEW YORK____

In re QUEBECOR WORLD WAUKEE INC.                    Case No. 08-10194 (JMP)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __4150__ (if known) was filed or deemed filed under 11 U.S.C. §1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10-6-10 (date).

PACIFIC PACKAGING                              LIQUIDITY SOLUTIONS, INC.
Name of Alleged Transferor                     Name of Transferee

Address of Alleged Transferor:                 Address of Transferee:
24 INDUSTRIAL WAY, PO BOX 697                  ONE UNIVERSITY PLAZA
WILMINGTON, MA 01887                           SUITE 312
                                               HACKENSACK, NJ 07601

_____~~DEADLINE TO OBJECT TO TRANSFER~~_____

The alleged transferor of the claim is hereby notified that objections must be filed with the court within **twenty-one (21)** days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Donlin, Recano & Company, Inc.
as Agent for the
United States Bankruptcy Court-SDNY

Date: 10-6-10

CLERK OF THE COURT

**Form 210B (12/09)**

# United States Bankruptcy Court

_____SOUTHERN_____ District of ___NEW YORK_____

In re QUEBECOR WORLD RAI INC.                    Case No. 08-10193 (JMP)

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __4151__ (if known) was filed or deemed filed under 11 U.S.C. §1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10-6-10 (date).


PACIFIC PACKAGING                              LIQUIDITY SOLUTIONS, INC.
Name of Alleged Transferor                     Name of Transferee

Address of Alleged Transferor:                 Address of Transferee:
24 INDUSTRIAL WAY, PO BOX 697                  ONE UNIVERSITY PLAZA
WILMINGTON, MA 01887                           SUITE 312
                                               HACKENSACK, NJ 07601



_____~~DEADLINE TO OBJECT TO TRANSFER~~_____
The alleged transferor of the claim is hereby notified that objections must be filed with the court within **twenty-one (21)** days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


                                   Donlin, Recano & Company, Inc.
                                       as Agent for the
                                   United States Bankruptcy Court-SDNY

Date: 10-6-10                      _____
                                   CLERK OF THE COURT

**Form 210B (12/09)**

# United States Bankruptcy Court

____SOUTHERN____ District of __NEW YORK____

In re QUEBECOR WORLD BOOK SERVICES LLC          Case No. 08-10177 (JMP)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __4152__ (if known) was filed or deemed filed under 11 U.S.C. §1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10-6-10 (date).

PACIFIC PACKAGING_____
Name of Alleged Transferor

Address of Alleged Transferor:
24 INDUSTRIAL WAY, PO BOX 697
WILMINGTON, MA 01887

LIQUIDITY SOLUTIONS, INC.
Name of Transferee

Address of Transferee:
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

_____~~DEADLINE TO OBJECT TO TRANSFER~~_____

The alleged transferor of the claim is hereby notified that objections must be filed with the court within **twenty-one (21)** days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10-6-10

Donlin. Recano & Company, Inc.
as Agent for the
United States Bankruptcy Court-SDNY
_____
CLERK OF THE COURT

**Form 210B (12/09)**

# United States Bankruptcy Court

___SOUTHERN___ District of __NEW YORK___

In re QUEBECOR WORLD KRI INC.                     Case No. 08-10201 (JMP)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __4153__ (if known) was filed or deemed filed under 11 U.S.C. §1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10-6-10 (date).

PACIFIC PACKAGING                          LIQUIDITY SOLUTIONS, INC.
Name of Alleged Transferor                 Name of Transferee

Address of Alleged Transferor:             Address of Transferee:
24 INDUSTRIAL WAY, PO BOX 697              ONE UNIVERSITY PLAZA
WILMINGTON, MA 01887                       SUITE 312
                                           HACKENSACK, NJ 07601


_____~~DEADLINE TO OBJECT TO TRANSFER~~_____
The alleged transferor of the claim is hereby notified that objections must be filed with the court within **twenty-one (21)** days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

                              Donlin, Recano & Company, Inc.
                                      as Agent for the
                           United States Bankruptcy Court-SDNY

Date: |0 - 6 -|0                 _____
                                 CLERK OF THE COURT

**Form 210B (12/09)**

# United States Bankruptcy Court

_____SOUTHERN_____ District of __NEW YORK____

In re QUEBECOR WORLD MT. MORRIS II LLC          Case No. 08-10183 (JMP)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __4154__ (if known) was filed or deemed filed under 11 U.S.C. §1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10-6-10 (date).


PACIFIC PACKAGING                          LIQUIDITY SOLUTIONS, INC.
Name of Alleged Transferor                 Name of Transferee

Address of Alleged Transferor:             Address of Transferee:
24 INDUSTRIAL WAY, PO BOX 697              ONE UNIVERSITY PLAZA
WILMINGTON, MA 01887                       SUITE 312
                                           HACKENSACK, NJ 07601



_____~~DEADLINE TO OBJECT TO TRANSFER~~_____
The alleged transferor of the claim is hereby notified that objections must be filed with the court within **twenty-one (21)** days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


                          Donlin Recano & Company, Inc.
                             as Agent for the
                       United States Bankruptcy Court-SDNY

Date: 10-6-10            _____
                        CLERK OF THE COURT

**Form 210B (12/09)**

# United States Bankruptcy Court

____SOUTHERN____ District of __NEW YORK____

In re QUEBECOR WORLD MID-SOUTH PRESS CORPORATION

Case No. 08-10203 (JMP)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __4155__ (if known) was filed or deemed filed under 11 U.S.C. §1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10-6-10 (date).

PACIFIC PACKAGING
Name of Alleged Transferor

Address of Alleged Transferor:
24 INDUSTRIAL WAY, PO BOX 697
WILMINGTON, MA 01887

LIQUIDITY SOLUTIONS, INC.
Name of Transferee

Address of Transferee:
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

_____~~DEADLINE TO OBJECT TO TRANSFER~~_____

The alleged transferor of the claim is hereby notified that objections must be filed with the court within **twenty-one (21)** days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Donlin, Recano & Company, Inc.
as Agent for the
United States Bankruptcy Court-SDNY

Date: 10-6-10

_____
CLERK OF THE COURT

Form 210B (12/09)

# United States Bankruptcy Court

_____SOUTHERN_____ District of ___NEW YORK_____

In re QW MEMPHIS CORP.                                    Case No. 08-10165 (JMP)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __4187__ (if known) was filed or deemed filed under 11 U.S.C. §1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10-6-10 (date).

PACIFIC PACKAGING_____                          LIQUIDITY SOLUTIONS, INC.
Name of Alleged Transferor                       Name of Transferee

Address of Alleged Transferor:                   Address of Transferee:
24 INDUSTRIAL WAY, PO BOX 697                     ONE UNIVERSITY PLAZA
WILMINGTON, MA 01887                             SUITE 312
                                                 HACKENSACK, NJ 07601

~~DEADLINE TO OBJECT TO TRANSFER~~
The alleged transferor of the claim is hereby notified that objections must be filed with the court within **twenty-one (21)** days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

                                  Donlin, Recano & Company, Inc.
                                         as Agent for the
                                United States Bankruptcy Court-SDNY

Date: 10-6-10                     _____
                                  CLERK OF THE COURT

Form 210B (12/09)

# United States Bankruptcy Court

____SOUTHERN____ District of __NEW YORK____

In re QW MEMPHIS CORP.                    Case No. 08-10165 (JMP)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __4188__ (if known) was filed or deemed filed under 11 U.S.C. §1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10-6-10 (date).

PACIFIC PACKAGING_____                   LIQUIDITY SOLUTIONS, INC.
Name of Alleged Transferor                Name of Transferee

Address of Alleged Transferor:            Address of Transferee:
24 INDUSTRIAL WAY, PO BOX 697             ONE UNIVERSITY PLAZA
WILMINGTON, MA 01887                      SUITE 312
                                          HACKENSACK, NJ 07601


_____~~DEADLINE TO OBJECT TO TRANSFER~~_____
The alleged transferor of the claim is hereby notified that objections must be filed with the court within **twenty-one (21)** days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

                         Donlin Recano & Company, Inc.
                             as Agent for the
                         United States Bankruptcy Court-SDNY

Date:  10-6-10          _____
                         CLERK OF THE COURT

**Form 210B (12/09)**

# United States Bankruptcy Court

_____SOUTHERN_____ District of __NEW YORK_____

In re QW MEMPHIS CORP.                              Case No. 08-10165 (JMP)

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __4190__ (if known) was filed or deemed filed under 11 U.S.C. §1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10-6-10 (date).

PACIFIC PACKAGING                              LIQUIDITY SOLUTIONS, INC.
Name of Alleged Transferor                     Name of Transferee

Address of Alleged Transferor:                 Address of Transferee:
24 INDUSTRIAL WAY, PO BOX 697                  ONE UNIVERSITY PLAZA
WILMINGTON, MA 01887                           SUITE 312
                                               HACKENSACK, NJ 07601

_____~~DEADLINE TO OBJECT TO TRANSFER~~_____
The alleged transferor of the claim is hereby notified that objections must be filed with the court within **twenty-one (21)** days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

                              Donlin Recano & Company, Inc.
                                    as Agent for the
                              United States Bankruptcy Court-SDNY

Date:  10-6-10          _____
                              CLERK OF THE COURT

Form 210B (12/09)

# United States Bankruptcy Court

_____SOUTHERN_____ District of __NEW YORK_____

In re QW MEMPHIS CORP.                                   Case No. 08-10165 (JMP)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __4191__ (if known) was filed or deemed filed under 11 U.S.C. §1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10-6-10 (date).

PACIFIC PACKAGING                          LIQUIDITY SOLUTIONS, INC.
Name of Alleged Transferor                 Name of Transferee

Address of Alleged Transferor:             Address of Transferee:
24 INDUSTRIAL WAY, PO BOX 697              ONE UNIVERSITY PLAZA
WILMINGTON, MA 01887                       SUITE 312
                                           HACKENSACK, NJ 07601


_____~~DEADLINE TO OBJECT TO TRANSFER~~_____
The alleged transferor of the claim is hereby notified that objections must be filed with the court within **twenty-one (21)** days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

                          Donlin, Recano & Company, Inc.
                               as Agent for the
                          United States Bankruptcy Court-SDNY

Date: 10-6-10                    _____
                                      CLERK OF THE COURT

**Form 210B (12/09)**

# United States Bankruptcy Court

____SOUTHERN____ District of __NEW YORK____

In re QW NEW YORK CORP..                    Case No. 08-10182 (JMP)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __4192_ (if known) was filed or deemed filed under 11 U.S.C. §1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10-6-10 (date).

PACIFIC PACKAGING
Name of Alleged Transferor

Address of Alleged Transferor:
24 INDUSTRIAL WAY, PO BOX 697
WILMINGTON, MA 01887

LIQUIDITY SOLUTIONS, INC.
Name of Transferee

Address of Transferee:
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

_____~~DEADLINE TO OBJECT TO TRANSFER~~_____

The alleged transferor of the claim is hereby notified that objections must be filed with the court within **twenty-one (21)** days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Donlin, Recano & Company, Inc.
as Agent for the
United States Bankruptcy Court-SDNY

Date: 10-6-10

_____
CLERK OF THE COURT

Form 210B (12/09)

# United States Bankruptcy Court

_____SOUTHERN_____ District of ___NEW YORK_____

In re QW NEW YORK CORP..                          Case No. 08-10182 (JMP)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __4193_ (if known) was filed or deemed filed under 11 U.S.C. §1111(a) in this case by the
alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim
Other than for Security in the clerk's office of this court on 10-6-10 (date).


PACIFIC PACKAGING_____                      LIQUIDITY SOLUTIONS, INC.
Name of Alleged Transferor                        Name of Transferee

Address of Alleged Transferor:                    Address of Transferee:
24 INDUSTRIAL WAY, PO BOX 697                     ONE UNIVERSITY PLAZA
WILMINGTON, MA 01887                              SUITE 312
                                                  HACKENSACK, NJ 07601



_____~~DEADLINE TO OBJECT TO TRANSFER~~_____
The alleged transferor of the claim is hereby notified that objections must be filed with the court within
**twenty-one (21)** days of the mailing of this notice.  If no objection is timely received by the court, the
transferee will be substituted as the original claimant without further order of the court.


                                    Donlin. Recano & Company, Inc.
                                       as Agent for the
                                 United States Bankruptcy Court-SDNY

Date: 10 - 6 - 10          _____
                                    CLERK OF THE COURT

Form 210B (12/09)

# United States Bankruptcy Court

___SOUTHERN___ District of __NEW YORK____

In re QUEBECOR WORLD EUSEY PRESS INC.              Case No. 08-10195 (JMP)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __4185_ (if known) was filed or deemed filed under 11 U.S.C. §1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10-6-10 (date).

PACIFIC PACKAGING                          LIQUIDITY SOLUTIONS, INC.
Name of Alleged Transferor                 Name of Transferee

Address of Alleged Transferor:             Address of Transferee:
24 INDUSTRIAL WAY, PO BOX 697              ONE UNIVERSITY PLAZA
WILMINGTON, MA 01887                       SUITE 312
                                           HACKENSACK, NJ 07601

_____~~DEADLINE TO OBJECT TO TRANSFER~~_____
The alleged transferor of the claim is hereby notified that objections must be filed with the court within **twenty-one (21)** days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

                          Donlin, Recano & Company, Inc.
                               as Agent for the
                        United States Bankruptcy Court-SDNY

Date: 10-6-10            _____
                          CLERK OF THE COURT

**Form 210B (12/09)**

# United States Bankruptcy Court

_____SOUTHERN_____ District of __NEW YORK____

In re QUEBECOR WORLD FAIRFIELD INC.        Case No. 08-10180 (JMP)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __4132_ (if known) was filed or deemed filed under 11 U.S.C. §1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10-6-10 (date).


PACIFIC PACKAGING                          LIQUIDITY SOLUTIONS, INC.
Name of Alleged Transferor                 Name of Transferee

Address of Alleged Transferor:             Address of Transferee:
24 INDUSTRIAL WAY, PO BOX 697              ONE UNIVERSITY PLAZA
WILMINGTON, MA 01887                       SUITE 312
                                           HACKENSACK, NJ 07601


_____~~DEADLINE TO OBJECT TO TRANSFER~~_____

The alleged transferor of the claim is hereby notified that objections must be filed with the court within **twenty-one (21)** days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


                        Donlin, Recano & Company, Inc.
                            as Agent for the
                    United States Bankruptcy Court-SDNY

Date: 10-6-10          _____
                        CLERK OF THE COURT