B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  QUEBECOR WORLD (USA) INC. et al.  ,  Case No.  08-10152

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| The Insurance Company of the State of Pennsylvania | Deutsche Bank Securities Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  c/o Kimberly Russell
  Chartis International
  32 Old Slip, 6th Floor
  New York, NY 10005
Phone:  646.857.1547
Last Four Digits of Acct #: _____

Court Claim # (if known):  540
Amount of Claim: _____
Date Claim Filed:  04/02/2008

Phone:  212.250.5760
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  _Kimberly S. Russell_  Date:  October 7, 2010
    Transferee/Transferee's Agent
    Kimberly S. Russell
    Claims Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO:      United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO:    Quebecor World (USA) Inc., *et al.* (the "Debtors")
Chapter 11 Case No. 08-10152 (JMP)

**Claim #: 00540 (as amended)**

**DEUTSCHE BANK SECURITIES INC.** and its successors and assigns (collectively, "Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transfer and assign unto:

**THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA**
c/o Kimberly Russell
Chartis International
Claims Director- Trade Credit & Political Risk
32 Old Slip, 6th Floor
New York, NY 10005
(646) 857-1547

and its successors and assigns (collectively, "Transferee"), all rights, title, and interest in and to claim number 540 as amended (the "Claim") filed in the Debtors' bankruptcy cases.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ~~September 30~~, 2010.
October 5,

| Deutsche Bank Securities Inc. | The Insurance Company of the State of Pennsylvania |
|---|---|
| By: *[signature]* <br> Name: CJ Lanktree <br> Title: Managing Director <br><br> By: _____ <br> Name: <br> Title: Scott G. Martin <br> Managing Director | By: *[signature]* <br> Name: Kimberly S. Russell <br> Title: Claims Director |