# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                           :    Chapter 11
                                                 :
**QUEBECOR WORLD (USA), INC. et al**             :    Case No: 08-10152 (JMP)
                                                 :    Jointly Administered
                                                 :
                        Debtors                  :
---------------------------------------------------------------X

## DECLARATION OF MAILING NOTIFYING TRANSFEROR(S) AND TRANSFEREE(S) REGARDING NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1) and/or (e) (2)

STATE OF  <u>NEW YORK</u>    )
                             )   SS:
COUNTY OF <u>NEW YORK</u>    )

I, <u>Tina Carr</u> declare:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by Donlin, Recano and Company, Inc., 419 Park Avenue South, Suite 1206, New York, NY 10016.

3. On the <u>14th</u> day of October, 2010, I received a copy of the Notice of Transfer for the noted Docket No. <u>#4204</u> docket maintained by the court for the captioned debtors:

4. On the <u>18th</u> day of October, 2010, I sent a copy of the Notice of Transfer of claim pursuant to FRBP 3001 (e) (1) or (e) (2) to the Transferor and Transferee via first class mail, postage prepaid and by depositing same in a mail box maintained by the U.S. Postal Service.

5. I declare under penalty of perjury that the foregoing is true and correct. Executed this <u>19th</u> day of October, 2010 at New York, New York.

                                              By _____
                                                        Tina Carr

Sworn before me this
<u>19th</u> day of <u>October</u> 2010

_____
Notary Public

ROBERT ROTMAN
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #02RO6211735
COMM. EXP. September 21, 2013

DKT #4214
10-19-10

Form 210B (12/09)

# United States Bankruptcy Court

_____SOUTHERN_____ District of ___NEW YORK___

In re QUEBECOR WORLD BOOK SERVICES LLC.            Case No. 08-10177 (JMP)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __107_ (if known) was filed or deemed filed under 11 U.S.C. §1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10-14-10 (date).

AFC WORLDWIDE EXPRESS
Name of Alleged Transferor

LIQUIDITY SOLUTIONS, INC.
Name of Transferee

Address of Alleged Transferor:
975 WORLDWIDE EXPRESS, STE 101
KENNESAW, GA 30144

Address of Transferee:
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within **twenty-one (21)** days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Donlin, Recano & Company, Inc.
as Agent for the
United States Bankruptcy Court-SDNY

Date: 10-18-10

_____
CLERK OF THE COURT

B 210A (Form 210A) (12/09)


#4204
10-14-10

# UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

In re: **QUEBECOR WORLD BOOK SERVICES LLC,**  Case No. **08-10177**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **LIQUIDITY SOLUTIONS, INC.** | **AFC WORLDWIDE EXPRESS** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**LIQUIDITY SOLUTIONS, INC
ONE UNIVERSITY PLAZA, SUITE 312
HACKENSACK, NJ 07601**

Phone: **(201) 968-0001**
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

Court Claim # (if known): **107**
Amount of Claim: **$29,759.78**
Date Claim Filed: **02/21/2008**

Phone: _____
Last Four Digits of Acct. #: _____

**DONLIN, RECANO & CO.**

**OCT 18 2010**

**CLAIMS PROCESSING DEPT**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Jeffrey Caress   Date: 10/14/2010
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

312411

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **QUEBECOR WORLD BOOK SERVICES LLC,**            Case No. **08-10177**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. **107** (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on **10/14/2010.**

| | |
|---|---|
| **LIQUIDITY SOLUTIONS, INC.**<br>Name of Alleged Transferee | **AFC WORLDWIDE EXPRESS**<br>Name of Transferor |
| Address of Alleged Transferee:<br>**One University Plaza, Suite 312**<br>**Hackensack, NJ 07601** | Address of Transferor:<br>**AFC WORLDWIDE EXPRESS**<br>**975 COBB PLACE BLVD STE 101**<br>**KENNEWAW, GA 30144** |

~~**DEADLINE TO OBJECT TO TRANSFER**~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                       _____
                                            **CLERK OF THE COURT**

312411

## TRANSFER NOTICE

**AFC WORLDWIDE EXPRESS** ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **QUEBECOR WORLD BOOK SERVICES LLC** (the "Debtor"), in the aggregate amount of **$29,759.78,** representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, **SOUTHERN DISTRICT OF NEW YORK**, administered as Case No. **08-10177**.

IN WITNESS WHEREOF, Assignor has signed below as of the **13th** day of **October**, 2010.

**AFC WORLDWIDE EXPRESS**                    LIQUIDITY SOLUTIONS, INC.

_____                       _____
(Signature)                                   (Signature)

James F. Rockaway, Jr.  Chairman              **Jeffrey L. Caress, Authorized Signatory**
(Print Name and Title)                        (Print Name and Title)

312411