A·S·K FINANCIAL LLP
Joseph L. Steinfeld, Jr., Esq.
(*Admitted Pro Hac Vice*)
John T. Siegler, Esq.
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
**Telephone:** (651) 406-9665 ext. 850 **Fax:** (651) 406-9676
**e-mail**: jsteinfeld@askfinancial.com

Edward E. Neiger, Esq.
317 Madison Avenue
21st Floor
New York, New York 10017
**Telephone:** (212) 267-7342 **Fax:** (212) 918-3427
**e-mail**: eneiger@askfinancial.com

Attorneys For Plaintiff, Eugene I. Davis, as Litigation Trustee for the Quebecor World Litigation Trust

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Quebecor World (USA), Inc., et. al. 1 | : | **Case No: 08-10152 - JMP** |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Honorable Sean H. Lane |
| | : | |
| | : | |

**AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON**
**NOVEMBER 29, 2010 AT 10:00 A.M.**

**Location of Hearing:** United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, One Bowling Green, New York, New York 10004

---

1 The Debtors are the following entities: Quebecor World (USA) Inc., Quebecor Printing Holding Company, Quebecor World Capital Corporation, Quebecor World Capital II GP, Quebecor World Capital II LLC, WCZ, LLC, Quebecor World Lease GP, Quebecor World Lease LLC, QW Memphis Corp., The Webb Company, Quebecor World Printing (USA) Corp., Quebecor World Loveland Inc., Quebecor World Systems Inc., Quebecor World San Jose Inc., Quebecor World Buffalo Inc., Quebecor World Johnson & Hardin Co., Quebecor World Northeast Graphics Inc., Quebecor World UP / Graphics Inc., Quebecor World Great Western Publishing Inc., Quebecor World DB Acquisition Corp., WCP-D, INC., Quebecor World Taconic Holdings Inc., Quebecor World Retail Printing Corporation, Quebecor World Arcata Corp., Quebecor World Nevada Inc., Quebecor World Atglen Inc., Quebecor World Krueger Acquisition Corp., Quebecor World Book Services LLC, Quebecor World Dubuque Inc., Quebecor World Pendell Inc., Quebecor World Fairfield Inc., QW New York Corp., Quebecor World Dallas II Inc., Quebecor World Nevada II LLC, Quebecor World Dallas, L.P., Quebecor World Mt. Morris II LLC, Quebecor World Petty Printing Inc., Quebecor World Hazleton Inc., Quebecor World Olive Branch Inc., Quebecor World Dittler Brothers Inc., Quebecor World Atlanta II LLC, Quebecor World RAI Inc., Quebecor World KRI Inc., Quebecor World Century Graphics Corporation, Quebecor World Waukee Inc., Quebecor World Logistics Inc., Quebecor World Mid-South Press Corporation, Quebecor Printing Aviation Inc., Quebecor World Eusey Press Inc., Quebecor World Infiniti Graphics Inc., Quebecor World Magna Graphic Inc., Quebecor World Lincoln Inc, and Quebecor World Memphis LLC.

## UNCONTESTED MATTERS

1. Eugene I. Davis, As Litigation Trustee for the Quebecor World Litigation Trust Avoidance Action Status Report for the November 29, 2010 Status Conference filed concurrently herewith.

   Related Documents: None

   Objection Deadline: N/A

   Objections Received: N/A

   Status: Matter will be going forward


## CONTESTED MATTERS

2. Motion to Strike
   Eugene I. Davis v.

   | Defendant | Adv. No. |
   |---|---|
   | B.K. Finance Group, Inc. dba Finance Group | 10-01030 |
   | Digital Imaging Solutions, Inc. | 10-01167 |
   | Ednard Universal Business, Inc. dba Midwest Specialty Products | 10-01253 |
   | Energy Machinery, Inc. dba Energy Machinery | 10-02372 |
   | Fortner Graphic Solutions, Inc. | 10-01054 |
   | MCS Registration Services | 10-02637 |
   | P S, Inc. | 10-01170 |
   | Watts Bindery Service LLC | 10-01704 |

   Related Documents: Plaintiff's Motion to Strike Defendant's Answer and for Entry of Default Judgment.

   Objection Deadline: November 22, 2010

   Objections Received: None.

   Status: Matter will be going forward. Plaintiff requests entry of an Order Granting Plaintiff's Motion to Strike Defendant's Answer and for Entry of Default Judgment.

3. Motion to Compel
    Eugene I. Davis v.

| Defendant | Adv. No. |
|---|---|
| Dempsey Uniform & Linen Supply, Inc. | 10-01862 |
| Don Fuller Trucking, Inc. | 10-02340 |
| Easy Mover, Inc. | 10-01522 |
| Jenkins Transportation, LLC | 10-02005 |
| Kentuckiana Engineering Company | 10-02621 |
| Olympic Adhesives, Inc. | 10-01854 |
| Pack Graphics, Inc. | 10-01649 |
| Panel Prints, Inc. | 10-01957 |
| R & B Transportation, LLC | 10-01719 |
| Southern Industrial, LLC | 10-01953 |

Related Documents: Plaintiff's Motion to Compel Responses to Discovery and Documents Requests and for Other Appropriate Relief.

Objection Deadline: November 26, 2010

Objections Received: Objection filed by Don Fuller Trucking, adversary number 10-02340 on October 6, 2010. Filed as Docket Index number 20.

Status: Matter will be going forward. Plaintiff requests entry of an Order Regarding Plaintiff's Motion to Compel Responses to Discovery and Documents Requests and For Other Appropriate Relief.

**SETTLED MATTERS NOT GOING FORWARD**

4. Motion to Strike
    Eugene I. Davis v.

| Defendant | Adv. No. |
|---|---|
| Lantern Associates, L.L.C. | 10-02541 |
| State Line Transportation LLC | 10-02108 |

Status: Adversary Proceedings has settled and should be removed from the Status Conference as it relates to the Motion to Strike.

5. Motion to Strike
    Eugene I. Davis v.

| | |
|---|---|
| MCD, Inc. dba Madison Cutting Die Inc. | 10-02454 |

Status: Defendant has retained counsel. Plaintiff will not be pursing the Motion to Strike.

6. Motion to Compel
   Eugene I. Davis v.

| **Defendant** | **Adv. No.** |
|---|---|
| Lann Chemical & Supply Co. | 10-01804 |
| Redline PDM | 10-02213 |
| Signature Cards, LP | 10-01981 |

Status: Adversary Proceedings have settled and should be removed from the Status Conference as it relates to the Motion to Compel.

7. Motion to Compel
   Eugene I. Davis v.

| | |
|---|---|
| Galasso Trucking & Rigging, Inc. dba GTI Galasso Trucking, Inc. | 10-01539 |

Status: Plaintiff has received Defendant's Objections and Responses to Plaintiff's Discovery Requests. Plaintiff will not be pursing the Motion to Compel.

Dated: November 24, 2010

A·S·K FINANCIAL LLP

By    /s/ *Joseph L. Steinfeld, Jr.*
Joseph L. Steinfeld, Jr., Esq. (*Admitted Pro Hac Vice*),
John T. Siegler, Esq.
Gary D. Underdahl, Esq. (*Admitted Pro Hac Vice*),
Alex Govze, Esq. (*Admitted Pro Hac Vice*),
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
**Telephone:** (651) 406-9665 ext. 850 **Fax:** (651) 406-9676
**e-mail**: jsteinfeld@askfinancial.com

Edward E. Neiger, Esq.
317 Madison Avenue
21st Floor
New York, New York 10017
**Telephone:** (212) 267-7342 **Fax:** (212) 918-3427
**e-mail**: eneiger@askfinancial.com

Attorneys For Plaintiff, Eugene I. Davis, as Litigation Trustee for the Quebecor World Litigation Trust