# United States Bankruptcy Court
## Southern District of New York

In re QUEBECOR WORLD (USA) Inc., et al.,   Case No. 08-10152
(Jointly Administered)
Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Contrarian Funds, LLC** | **WCJ Pilgrim Wire, LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent

**Contrarian Funds, LLC**
**411 West Putnam Ave., Ste. 425**
**Greenwich, CT 06830**
**Attn: Alisa Mumola**
**Phone 203-862-8211**

**WCJ Pilgrim Wire, LLC**
**c/o Oneil, Cannon, Hollman, Dejong, S.C**
**Attn: Mr. Seth E. Dizard**
**111 E. Wisconsin Avenue, Suite 1400**
**Milwaukee, WI 53202**

Name and Address where transferee payments should be sent
(if different from above)

**WCJ Pilgrim Wire, LLC**
**Attn: Mr. Willam C. Jones**
**770 North Milwaukee Street**
**Milwaukee, WI 53202**

**Claim No. 8691 for $13,100.00**
**Claim No. 8691 for $16,278.49**
**Claim No. 8691 for $16,018.00**
**Claim No. 8691 for $26,489.00**
**Claim No. 8691 for $25,741.25**
**Claim No. 8691 for $9,842.84**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/ *Alisa Mumola*_____   Date: _____May 10, 2011_____
      Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                             _____
                                              **CLERK OF THE COURT**

# EVIDENCE OF TRANSFER OF CLAIM

**WCJ PILGRIM WIRE, LLC**, a Wisconsin limited liability company, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated May 9, 2011, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached hereto, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 9th day of May 2011.

**(Assignor)**
WCJ PILGRIM WIRE, LLC

By: _____
Name: William C. Jones
Title: President

**(Assignee)**
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C., as manager

By: _____
Name: MICHAEL J. RESTIFO
Title: CFO/MEMBER

**(Assignor)**
WITNESS:

By: _____
Name: Chad J. Richter
Title: Attorney for WCJ-Pilgrim Wire, LLC

## Schedule A
## WCJ Pilgrim Wire, LLC

| Debtor | Allowed Claim Amt | Proof of Claim No. | Class |
|---|---|---|---|
| Quebecor World (USA) Inc. | 13,100.00 | 8691 | 4 |
| Quebecor World Atglen Inc. | 16,278.49 | 8691 | 3 |
| Quebecor World Mt. Morris II LLC | 16,018.00 | 8691 | 3 |
| Quebecor World Nevada Inc. | 26,489.00 | 8691 | 3 |
| Quebecor World RAI Inc. | 25,741.25 | 8691 | 3 |
| QW Memphis Corp. | 9,842.84 | 8691 | 3 |
| | 107,469.58 | | |

Initials:
BUYER 
SELLER