# United States Bankruptcy Court
## Southern District of New York

In re QUEBECOR WORLD (USA) Inc., <u>et al.</u>,       Case No. 08-10152
                                                                (Jointly Administered)
                                                                Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**CONTRARIAN FUNDS, LLC**                          **J & W CARTAGE, INC.**
Name of Transferee                                                 Name of Transferor

Name and address where notices                    Name and Current Address of Transferor:
to transferee should be sent:

CONTRARIAN FUNDS, LLC                        J & W CARTAGE, INC.
411 WEST PUTNAM AVE., STE. 425           ATTN: E J CUNNINGHAM, SEC.- TREASURER
GREENWICH, CT 06830                           2901-G COMMERCE DRIVE
ATTN: ALISA MUMOLA                             JONESBORO, AR 72401
PHONE 203-862-8211

**Claim No. 217 for $57,158.00 against Case # 08-10152**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____          Date: _____July 6, 2011_____
        Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

J & W CARTAGE, INC., an ARKANSAS corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated June 21, 2011, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached hereto, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 21 day of June 2011.

(Assignor)
J & W CARTAGE, INC.

By: _____
Name: E. J. CUNNINGHAM
Title: Sr - Treasurer

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _____
Name: JANICE M. STANTON
~~MEMBER~~
Title: _____

(Assignor)
WITNESS:

By: _____
Name: JAY A. CUNNINGHAM
Title: Vice-President

# Schedule A
# J & W CARTAGE, INC.

| Debtor | Case No. | Scheduled Amt | Proof of Claim Amt | Proof of Claim No. |
|---|---|---|---|---|
| Quebecor World (USA) Inc. | 08-10152 | | 57,158.00 | 217 |
| Quebecor World Rai, Inc. | 08-10193 | 57,158.00 | | |

Initials:
BUYER
SELLER